---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
**SOUTHERN DISTRICT OF TEXAS**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **National Signs, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 4  5 – 4  9  8  5  8  1  6 |

4. **Debtor's address**

**Principal place of business**

**2611 El Camino St**
Number    Street

_____

**Houston**          **TX**   **77054**
City               State   ZIP Code

**Harris**
County

**Mailing address, if different from principal place of business**

_____
Number    Street

_____
P.O. Box

_____
City               State   ZIP Code

**Location of principal assets, if different from principal place of business**

_____
Number    Street

_____

_____
City               State   ZIP Code

5. **Debtor's website (URL)**   **www.NationalSigns.com**

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other.  Specify: _____

05/24/2024 02:08:22pm

Debtor  **National Signs, LLC**              Case number (if known) _____

**7. Describe debtor's business**

*A. Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B. Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See http://www.uscourts.gov/four-digit-national-association-naics-codes

__3__  __3__  __9__  __9__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7
☐ Chapter 9
☑ Chapter 11.   *Check all that apply:*

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A)* with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor **National Signs, LLC**                    Case number (if known) _____

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No
☐ Yes.  District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY
          District _____ When _____ Case number _____
                                        MM / DD / YYYY

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases.  If more than 1, attach a separate list.

☒ No
☐ Yes.  Debtor _____ Relationship _____
          District _____ When _____
                                        MM / DD / YYYY
          Case number, if known _____

          Debtor _____ Relationship _____
          District _____ When _____
                                        MM / DD / YYYY
          Case number, if known _____

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

Debtor  **National Signs, LLC**　　　　　　　　　　　　　　　Case number (if known) _____

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention.  Attach additional sheets if needed.

**Why does the property need immediate attention?**　　　*(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**　　_____
　　　　　　　　　　　　　　Number　　　Street

　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　City　　　　　　　　　　　State　　　ZIP Code

**Is the property insured?**

☐ No

☐ Yes.　Insurance agency　_____

　　　　　Contact name　_____

　　　　　Phone　_____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49　　　　　　☐ 1,000-5,000　　　　　☐ 25,001-50,000
☐ 50-99　　　　　 ☐ 5,001-10,000　　　　　☐ 50,001-100,000
☑ 100-199　　　　 ☐ 10,001-25,000　　　　 ☐ More than 100,000
☐ 200-999

**15. Estimated assets**

☐ $0-$50,000　　　　　　　 ☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　 ☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　　　☐ $100,000,001-$500 million　 ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000　　　　　　　 ☑ $1,000,001-$10 million　　　☐ $500,000,001-$1 billion
☐ $50,001-$100,000　　　　 ☐ $10,000,001-$50 million　　 ☐ $1,000,000,001-$10 billion
☐ $100,001-$500,000　　　　☐ $50,000,001-$100 million　　☐ $10,000,000,001-$50 billion
☐ $500,001-$1 million　　　　☐ $100,000,001-$500 million　 ☐ More than $50 billion

Debtor **National Signs, LLC** _____   Case number (if known) _____

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

17.  **Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

- I have been authorized to file this petition on behalf of the debtor.

- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **05/24/2024**
MM / DD / YYYY

X  *Gabriel Medina*
Signature of authorized representative of debtor

**Gabriel Medina**
Printed name

**Controller**
Title

18.  **Signature of attorney**

X  *RL Fuqua*
Signature of attorney for debtor

Date  **05/24/2024**
MM / DD / YYYY

**Richard Lee Fuqua II**
Printed name

**Fuqua & Associates, P.C.**
Firm name

**8558 Katy Freeway**
Number        Street

**Suite 119**

**Houston**
City

**TX**
State

**77024**
ZIP Code

**(713) 960-0277**
Contact phone

**RLFuqua@FuquaLegal.com**
Email address

**07552300**
Bar number

**TX**
State

**Fill in this information to identify the case**

| | |
|---|---|
| Debtor name | **National Signs, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206A/B

## Schedule A/B: Assets -- Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:   Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

   **All cash or cash equivalents owned or controlled by the debtor**                                    **Current value of debtor's interest**

2. **Cash on hand** _____

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

   | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
   |---|---|---|---|
   | 3.1.   **Texas Gulf Bank, NA** | **Checking account** | **5   4   0   9** | $12,967.77 |

   | Checking account | | | |

4. **Other cash equivalents**   *(Identify all)*

   Name of institution (bank or brokerage firm)

5. **Total of Part 1**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

   | $12,967.77 |
   |---|

### Part 2:   Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

| Debtor | **National Signs, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**Current value of debtor's interest**

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

   Description, including name of holder of prepayment

8.1.    **Prepaid Executory contracts** ............................................................................    **$354,937.44**

9. **Total of Part 2.**
   Add lines 7 through 8.  Copy the total to line 81.    **$354,937.44**

## Part 3:  Accounts receivable

10. **Does the debtor have any accounts receivable?**

    ☐ No.  Go to Part 4.
    ☑ Yes.  Fill in the information below.

**Current value of debtor's interest**

11. **Accounts receivable**

| 11a. 90 days old or less: | **$881,304.00** | – | **$0.00** | = ............➔ | **$881,304.00** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |
| 11b. Over 90 days old: | **$0.00** | – | **$0.00** | = ............➔ | **$0.00** |
| | face amount | | doubtful or uncollectible accounts | | |

12. **Total of Part 3**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.    **$881,304.00**

## Part 4:  Investments

13. **Does the debtor own any investments?**

    ☐ No.  Go to Part 5.
    ☑ Yes.  Fill in the information below.

| | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|
| 14. **Mutual funds or publicly traded stocks not included in Part 1** | | |
| Name of fund or stock: | | |
| 14.1.    **None** | | **$0.00** |

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

    Name of entity:                          % of ownership:

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

    Describe:

17. **Total of Part 4**
    Add lines 14 through 16.  Copy the total to line 83.    **$0.00**

## Part 5:  Inventory, excluding agriculture assets

18. **Does the debtor own any inventory (excluding agriculture assets)?**

    ☐ No.  Go to Part 6.
    ☑ Yes.  Fill in the information below.

| Debtor | **National Signs, LLC** | | Case number (if known) | | |
| | Name | | | | |

| General description | Date of the last physical inventory MM/DD/YYYY | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| Raw materials | 12/31/2023 | | At Cost | $317,920.00 |
| Work in progress | 12/31/2023 | | Cost-Plus | $2,252,328.00 |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| None | 12/31/2023 | | | $0.00 |
| None | | | | $0.00 |
| **22. Other inventory or supplies** | | | | |
| None | | | | $0.00 |

**23. Total of Part 5**
Add lines 19 through 22.  Copy the total to line 84.

$2,570,248.00

**24. Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

## Part 6:  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming or fishing-related assets (other than titled motor vehicles and land)?**
☒ No.  Go to Part 7.
☐ Yes.  Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops--either planted or harvested** | | | |
| **29. Farm animals**  *Examples:*  Livestock, poultry, farm-raised fish | | | |
| **30. Farm machinery and equipment**  (Other than titled motor vehicles) | | | |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |

**33. Total of Part 6.**
Add lines 28 through 32.  Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**
☐ No
☐ Yes.  Is any of the debtor's property stored at the cooperative?
    ☐ No
    ☐ Yes

| Debtor | **National Signs, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes. Book value _____ Valuation method _____ Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

---

## Part 7: Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| Office furniture | | At Cost | $61,796.00 |
| **40. Office fixtures** | | | |
| Office fixtures | | At Cost | $34,303.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Office equipment | | At Cost | $250,000.00 |

**42. Collectibles**  *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43. Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

| | **$346,099.00** |
|---|---|

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

## Part 8: Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

---

Debtor **National Signs, LLC** _____   Case number (if known) _____
Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| 47.1. **Vehicles** | | At Cost | **$1,335,000.00** |
|---|---|---|---|

**48. Watercraft, trailers, motors, and related accessories** Examples: Boats trailers, motors, floating homes, personal watercraft, and fishing vessels

**49. Aircraft and accessories**

**50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51. Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.                           **$1,335,000.00**

**52. Is a depreciation schedule available for any of the property listed in Part 8?**
☑ No
☐ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 9:   Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☑ Yes.   Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **2611 El Comino**<br>**Houston, TX 77054**<br>**2611 El Comino, Houston, TX 77054** | **Leasehold interest** | | **Lease Terminated** | **$0.00** |

**56. Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.  Copy the total to line 88.          **$0.00**

**57. Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

## Part 10:  Intangibles and Intellectual Property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☑ Yes.  Fill in the information below.

| Debtor | **National Signs, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** | | | |
| **62. Licenses, franchises, and royalties** | | | |
| Licenses, franchises and royalties | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| None | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| None | | | $0.00 |
| **65. Goodwill** | | | |
| Goodwill | | | $0.00 |

**66. Total of Part 10.**
Add lines 60 through 65.  Copy the total to line 89.

| | $0.00 |
|---|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**
- ☒ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ☒ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ☒ No
- ☐ Yes

**Part 11:  All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☒ No.  Go to Part 12.
- ☐ Yes.  Fill in the information below.

Current value of debtor's interest

**71. Notes receivable**

Description (include name of obligor)

**72. Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

**73. Interests in insurance policies or annuities**

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

Debtor **National Signs, LLC**              Case number (if known) _____
_____
Name

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

**76. Trusts, equitable or future interests in property**

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

**78. Total of Part 11.**
Add lines 71 through 77. Copy the total to line 90.                                    **$0.00**

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☐ No
☐ Yes

## Part 12: Summary

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | **$12,967.77** | |
| **81. Deposits and prepayments.** *Copy line 9, Part 2.* | **$354,937.44** | |
| **82. Accounts receivable.** *Copy line 12, Part 3.* | **$881,304.00** | |
| **83. Investments.** *Copy line 17, Part 4.* | **$0.00** | |
| **84. Inventory.** *Copy line 23, Part 5.* | **$2,570,248.00** | |
| **85. Farming and fishing-related assets.** *Copy line 33, Part 6.* | **$0.00** | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | **$346,099.00** | |
| **87. Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | **$1,335,000.00** | |
| **88. Real property.** *Copy line 56, Part 9* ............................➔ | | **$0.00** |
| **89. Intangibles and intellectual property.** *Copy line 66, Part 10.* | **$0.00** | |
| **90. All other assets.** *Copy line 78, Part 11.* | + **$0.00** | |
| **91. Total.** Add lines 80 through 90 for each column. | 91a. **$5,500,556.21** | + 91b. **$0.00** |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92 ................................................. **$5,500,556.21**

**Fill in this information to identify the case:**

Debtor name __**National Signs, LLC**__

United States Bankruptcy Court for the: __**SOUTHERN DISTRICT OF TEXAS**__

Case number _____
(if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1.   Do any creditors have claims secured by debtor's property?**

☐ No.  Check this box and submit page 1 of this form to the court with debtor's other schedules.  Debtor has nothing else to report on this form.

☑ Yes.  Fill in all of the information below.

### Part 1:   List Creditors Who Have Secured Claims

**2.   List in alphabetical order all creditors who have secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Creditor's name**<br>__National Signs Real Estate, LP__ | **Describe debtor's property that is subject to a lien**<br>**All Assets** | $4,922,169.44 | $5,500,556.21 |
| **Creditor's mailing address**<br>__2001 Kirby__<br>__Suite 1300__<br>_____<br>__Houston          TX   77019__ | **Describe the lien**<br>**Statutory Lien**<br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes | | |
| **Creditor's email address, if known**<br>_____ | **Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| Date debt was incurred   __11/01/20__<br>Last 4 digits of account number  ___ ___ ___ ___ | **As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes.  Specify each creditor, including this creditor, and its relative priority. | | | |

**3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$5,922,868.44

Debtor   **National Signs, LLC**                                    Case number (if known) _____

| **Part 1:** | **Additional Page** | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |
|---|---|---|---|---|

**2.2**

Creditor's name
**Tulcan Management, LLC**

Creditor's mailing address
**2001 Kirby Dr**

**Suite 1300**

_____

**Houston            TX    77019**

Creditor's email address, if known

_____

Date debt was incurred    **03/01/2019**

Last 4 digits of account
number                    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes.  Have you already specified the relative priority?

　☐ No.  Specify each creditor, including this creditor, and its relative priority.

　☐ Yes.  The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

**All Assets**

**Describe the lien**

**Agreement**

**Is the creditor an insider or related party?**

☐ No

☑ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes.  Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$1,000,699.00**

Value of collateral: **$5,500,556.21**

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | **National Signs, LLC** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or part.**
   If more space is needed for priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | **Priority creditor's name and mailing address** | | |

| | |
|---|---|
| **Priority creditor's name and mailing address**<br>**Ann Harris Bennett**<br>**PO Box 4622**<br><br><br>**Houston                     TX        77210-4622**<br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number    ___ ___ ___ ___**<br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a)( __8__ ) | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>**Taxes**<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes |

Total claim: **$112,513.41**   Priority amount: **$112,513.41**

| Debtor | **National Signs, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If more space is needed for nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

---

**3.1** Nonpriority creditor's name and mailing address

**A&C Plastics, Inc.**

**6135 Northdale**

_____

**Houston**          **TX**     **77087-5095**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$10,519.28**

---

**3.2** Nonpriority creditor's name and mailing address

**Ademero, Inc.**

**4798 S Florida Ave, Ste. 331**

_____

**Lakeland**          **FL**     **33813**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,350.00**

---

**3.3** Nonpriority creditor's name and mailing address

**Advanced Data Solution**

**13636 Ventura Blvd, Ste. 705**

_____

**Sherman Oaks**          **CA**     **91423**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,240.58**

---

**3.4** Nonpriority creditor's name and mailing address

**Advanced Graphics**

**939 Opelika Road**

_____

**Auburn**          **AL**     **36830**

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$600.00**

---

Debtor __**National Signs, LLC**_____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.5 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,454.92

__**Advanced Sign and Lighting LLC**_____

__**1 37th Street Northwest Ste C**_____

_____

**Basis for the claim:**
__**Balance**_____

__**Auburn**_____ **WA**   __**98001**____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| 3.6 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$39,730.72

__**Advertising Higher, Inc.**_____

__**13795 Old Texaco Rd**_____

_____

**Basis for the claim:**
__**Balance**_____

__**Conroe**_____ **TX**   __**77302**____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| 3.7 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$1,327.32

__**AE Stucco Remodeling**_____

__**1800 St. James Place**_____

_____

**Basis for the claim:**
__**Balance**_____

__**Houston**_____ **TX**   __**77056-4181**____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

| 3.8 | Nonpriority creditor's name and mailing address |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

$177,255.37

__**Air Tool Exchange & Rental Co.**_____

__**6500 Long Drive**_____

_____

**Basis for the claim:**
__**Balance**_____

__**Houston**_____ **TX**   __**77087**____

**Date or dates debt was incurred** _____

**Is the claim subject to offset?**

☒ No
☐ Yes

**Last 4 digits of account number** ___ ___ ___ ___

Debtor   **National Signs, LLC** _____     Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| **3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$2,274.03** |
|---|---|---|---|

**Airgas Houston/Southwest**

**PO Box 734671**

_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**         **TX**    **75373-4671**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.10** | **Nonpriority creditor's name and mailing address** | | **$2,840.80** |
|---|---|---|---|

**Allegiance Crane & Equipment**

**PO Box 735187**

_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**         **TX**    **75373-5187**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.11** | **Nonpriority creditor's name and mailing address** | | **$2,701.51** |
|---|---|---|---|

**Alphagraphics US776 Houston**

**5633 Richmond Ave, Ste 100A**

_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**         **TX**    **77057-6346**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| **3.12** | **Nonpriority creditor's name and mailing address** | | **$745.00** |
|---|---|---|---|

**Alterman, Inc.**

**PO Box 700490**

_____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**San Antonio**         **TX**    **78270-0490**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.13 | Nonpriority creditor's name and mailing address |
|---|---|

Altius Graphics

11205 Main St., Ste. 118

_____

Houston      TX    77025

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$26,120.00**

---

| 3.14 | Nonpriority creditor's name and mailing address |
|---|---|

Andrews Myers PC

1885 Saint James Place

5th Floor

Houston      TX    77056

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,530.00**

---

| 3.15 | Nonpriority creditor's name and mailing address |
|---|---|

Andy's Custom Signs

243 Ward Ave.

_____

San Antonio    TX    78223

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$400.00**

---

| 3.16 | Nonpriority creditor's name and mailing address |
|---|---|

Bakers' Signs And Manufacturing

11201 FM Rd

_____

Conroe      TX    77306

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$129,825.00**

Debtor **National Signs, LLC** _____  Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.17 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Baseline**

**PO Box 1606**

_____

**Magnolia**                    **TX**        **77353**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$64,999.00**

---

| 3.18 | **Nonpriority creditor's name and mailing address** |
|---|---|

**BB&T Sign Services**

**16212 Bothell Everett Hwy**

_____

**Mill Creek**                  **WA**        **98012**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$1,288.86**

---

| 3.19 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Benek Group, LLC**

**11603 Starwood Drive**

_____

**Houston**                     **TX**        **77024**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$3,002.00**

---

| 3.20 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Betco Scaffolds**

**1626 Enid St.**

_____

**Houston**                     **TX**        **77009**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

**$5,921.10**

---

Debtor   **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| **3.21** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$21,420.17** |

**Big City Access Holdings, LLC**

**6915 Barney Rd.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**         **TX**      **77092**

**Basis for the claim:**
**Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.22** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$386.67** |

**Brenntag Lubricants**

**PO Box 201978**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**         **TX**      **75320**

**Basis for the claim:**
**Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.23** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,462.50** |

**Buyers Barricades**

**PO Box 201978**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**         **TX**      **75373-3731**

**Basis for the claim:**
**Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

| **3.24** | Nonpriority creditor's name and mailing address | | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,026.53** |

**C2 Imaging**

**6650 Roxburgh Drive, Ste. 180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Houston**         **TX**      **79701**

**Basis for the claim:**
**Balance**

Date or dates debt was incurred

**Is the claim subject to offset?**
☒ No
☐ Yes

Last 4 digits of account number ___ ___ ___ ___

---

Debtor   **National Signs, LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.25 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Cactus Sign Company, Inc.**

**3504 W. Wall, Ste. B**

_____

**Midland** **TX** **79701**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,409.20**

| 3.26 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Caddo Signs LLC**

**8041 Conley Rd.**

_____

**Vivian** **LA** **71082**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$500.00**

| 3.27 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Cescar Tooling**

**10245 Kempwood Dr., Ste. E-151**

_____

**Houston** **TX** **77043**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$2,003.13**

| 3.28 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Cintas**

**PO Box 65038**

_____

**Dallas** **TX** **75265-0838**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$9,315.86**

Debtor   **National Signs, LLC**_____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.29 | **Nonpriority creditor's name and mailing address** |
|---|---|

Cintas Fire

PO Box 636525

_____

Cincinnati                    OH     45263-6525

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$20,161.07**

---

| 3.30 | **Nonpriority creditor's name and mailing address** |
|---|---|

Circle Saw Builders Supply

2510 Ella Blvd.

_____

Houston                       TX     77008

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$914.35**

---

| 3.31 | **Nonpriority creditor's name and mailing address** |
|---|---|

Citrus Signs

6130 Edgewater Drive Ste. H

_____

Orlando                       FL     32810

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$975.00**

---

| 3.32 | **Nonpriority creditor's name and mailing address** |
|---|---|

Classic Sign Services

125 N Service Rd

_____

St. Peters                    MO     63376

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$139.21**

---

Debtor    **National Signs, LLC**                              Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.33 | Nonpriority creditor's name and mailing address | | | | **$2,190.16** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

Clayton Signs, Inc.

5198 N Lake Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Lake City          GA      30260          **Balance**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☒ No
                                                  ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | | | **$4,300.00** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

CMC Commercial Metals

6565 N. MacArthur Blvd, Ste 800

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Irving             TX      75039          **Balance**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☒ No
                                                  ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | | | | **$28,370.13** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

Consolidated Crane & Rigging

6370 Long Drive

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Houston            TX      77087          **Balance**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☒ No
                                                  ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | | | **$975.00** |
|---|---|---|---|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

Creative Signs

2301 N. Hiawassee Road

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

Apopka             FL      32703          **Balance**

Date or dates debt was incurred _____     **Is the claim subject to offset?**

Last 4 digits of account number __ __ __ __      ☒ No
                                                  ☐ Yes

---

| Debtor | **National Signs, LLC** | Case number (if known) _____ |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,901.25** |
|---|---|---|---|

**Crowe LLP**

**PO Box 71570**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Chicago | IL | 60694 |
|---|---|---|

**Basis for the claim:**
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$20,900.00** |
|---|---|---|---|

**Cuahutemoc Bravo (Temo)**

**8219 Polaris Point Lane**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Cypresss | TX | 77433 |
|---|---|---|

**Basis for the claim:**
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$171,339.26** |
|---|---|---|---|

**Daktronics, Inc.**

**201 Daktronics Drive**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

| Brookings | SD | 57006 |
|---|---|---|

**Basis for the claim:**
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,175.00** |
|---|---|---|---|

**Davis Sign & Graphics**

**3640 E Washington St.**

**Phoenix, AZ 5706**

_Check all that apply._
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

---

Debtor     **National Signs, LLC**                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.41** Nonpriority creditor's name and mailing address

DFW Hightech Signs

10660 Plano Rd, #18

Dallas                    TX       75238

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☑ No
☐ Yes

**$7,512.01**

---

**3.42** Nonpriority creditor's name and mailing address

Diamond Back Delivery, Inc

6434 Founding Drive

Katy                     TX       77449

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☑ No
☐ Yes

**$2,200.00**

---

**3.43** Nonpriority creditor's name and mailing address

DXP, Inc.

5737 Brittmore Rd., Ste. 100

Houston                  TX       77041

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☑ No
☐ Yes

**$969.70**

---

**3.44** Nonpriority creditor's name and mailing address

E.M. Blue's Sons, Inc

1801 Wayside Drive

Houston                  TX       77041

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☑ No
☐ Yes

**$2,582.58**

---

Debtor   **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.45 | Nonpriority creditor's name and mailing address |
|---|---|

**Eastern Metal Supply of Texas**

**PO Box 676026**

_____

**Dallas**          **TX**     **75267-6026**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$41,151.54**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address |
|---|---|

**EFM Solutions**

**326 Remington Creek Drive**

_____

**Houston**          **TX**     **77011**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,789.98**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address |
|---|---|

**Elliott Electric Supply**

**PO Box 206524**

_____

**Dallas**          **TX**     **75320**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$615.96**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address |
|---|---|

**Exquisite Koncepts, LLC**

**330 N Mart Plaza**

_____

**Jackson**          **MS**     **39206**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$600.00**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

Debtor **National Signs, LLC** _____  Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.49**  **Nonpriority creditor's name and mailing address**

Fast Signs #443

2921 Alderwood Mall Blvd # 104

_____

Lynnwood               WA     98036

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☑ No
☐ Yes

$314.81

---

**3.50**  **Nonpriority creditor's name and mailing address**

Fastsigns #222 Midland

3504 W. Wall St. Ste. A

_____

Midland               TX     79701

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☑ No
☐ Yes

$2,625.00

---

**3.51**  **Nonpriority creditor's name and mailing address**

Fastsigns #2227

301 SE Wallock St

_____

Lawton               OK     73501

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☑ No
☐ Yes

$1,400.00

---

**3.52**  **Nonpriority creditor's name and mailing address**

Fastsigns #319 Dallas

6940 Marvin D Love Fwy

_____

Dallas               TX     75237

Date or dates debt was incurred     _____

Last 4 digits of account number     __ __ __ __

**As of the petition filing date, the claim is:**
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☑ No
☐ Yes

$270.68

---

Debtor   **National Signs, LLC**                                    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.53 | Nonpriority creditor's name and mailing address |
|---|---|

**Fastsigns #359 San Antonio**

**2897 N.E. Loop 410, Ste. 101**

**San Antonio**           **TX**      **78218**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$4,752.24**

| 3.54 | Nonpriority creditor's name and mailing address |
|---|---|

**Fastsigns 512**

**799 US Highway 287, Ste. F**

**Broomfield**            **CO**      **80020**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,711.13**

| 3.55 | Nonpriority creditor's name and mailing address |
|---|---|

**Fastsigns 52**

**3461 E Speedway Blvd**

**Tucson**                **AZ**      **85716**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$403.28**

| 3.56 | Nonpriority creditor's name and mailing address |
|---|---|

**Fedex Corporation**

**PO Box 660481**

**Dallas**                **TX**      **75266**

Date or dates debt was incurred          _____

Last 4 digits of account number     ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$5,188.36**

Debtor    **National Signs, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.          **Amount of claim**

---

**3.57**    Nonpriority creditor's name and mailing address

**Ferro Industries**

**35200 Union Lake Rd.**

_____

**Harrison Twp**          **MI**    **48045**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$277.36**

---

**3.58**    Nonpriority creditor's name and mailing address

**Fisher & Philips, LLP**

**910 Louisiana St, Ste 4000**

_____

**Houston**          **TX**    **77002**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$27,605.28**

---

**3.59**    Nonpriority creditor's name and mailing address

**Flex Erect**

**6417 Toledo St.**

_____

**Houston**          **TX**    **77008**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$93,244.25**

---

**3.60**    Nonpriority creditor's name and mailing address

**Fluoresco Services LLC**

**5505 S. Nogales Highway**

_____

**Tucson**          **AZ**    **85706**

Date or dates debt was incurred

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$1,826.50**

---

Debtor __**National Signs, LLC**_____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.61 | Nonpriority creditor's name and mailing address |
|---|---|

Ford Signs, Inc.

1605 Ord Way

Oceanside                    CA        92056

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$24,020.00**

---

| 3.62 | Nonpriority creditor's name and mailing address |
|---|---|

Freight Compass

PO Box 8458

The Woodlands               TX        77387

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$6,194.25**

---

| 3.63 | Nonpriority creditor's name and mailing address |
|---|---|

G2G Lighting

1829 Underwood Blvd, Unit 5

Delran Twpm                 NJ        08075

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,462.19**

---

| 3.64 | Nonpriority creditor's name and mailing address |
|---|---|

Gabby's Crane And Rigging

PO Box 3322

Conroe                      TX        77305

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$11,820.75**

---

Debtor   **National Signs, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
| --- | --- |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.65 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Gemini Incorporated** _____

**103 Mensing Way** _____

_____

**Canyon Falls**          **MN      55009-1143**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance** _____

Is the claim subject to offset?
☒ No
☐ Yes

**$1,522.32**

---

| 3.66 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Gordon & Rees** _____

**1111 Broadway, Ste. 1700** _____

_____

**Oakland**          **CA      94607**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance** _____

Is the claim subject to offset?
☒ No
☐ Yes

**$46,894.63**

---

| 3.67 | Nonpriority creditor's name and mailing address |
| --- | --- |

**GPAC, LLC** _____

**5900 S Doral Ave, Ste 103** _____

_____

**Sioux Falls**          **SD      57108**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance** _____

Is the claim subject to offset?
☒ No
☐ Yes

**$13,000.00**

---

| 3.68 | Nonpriority creditor's name and mailing address |
| --- | --- |

**Graphic Solutions Group** _____

**PO Box 671261** _____

_____

**Dallas**          **TX      75267-1261**

Date or dates debt was incurred _____

Last 4 digits of account number   __ __  __ __  __ __  __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance** _____

Is the claim subject to offset?
☒ No
☐ Yes

**$34,838.85**

Debtor   **National Signs, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.69**   **Nonpriority creditor's name and mailing address**

Graybar

PO Box 840458

_____

Dallas                    TX        75267-1261

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☒ No
☐ Yes

**$6,085.57**

---

**3.70**   **Nonpriority creditor's name and mailing address**

Greenback Cost Recovery

PO Box 22656

_____

Houston                    TX        77227

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☒ No
☐ Yes

**$9,594.11**

---

**3.71**   **Nonpriority creditor's name and mailing address**

Grimco

29538 Network Place

_____

Chicago                    IL        77227

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☒ No
☐ Yes

**$11,874.16**

---

**3.72**   **Nonpriority creditor's name and mailing address**

Haginas & Shillings

7111 Glen Chase Ct

_____

Houston                    TX        77095

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**

☒ No
☐ Yes

**$3,350.00**

---

Debtor      **National Signs, LLC**                                          Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.73 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$70,631.63** |

Check all that apply.

**Hardscape Inc.**

**14611 Ormond Ct.**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77095 | **Balance** |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$1,787.50** |

Check all that apply.

**Heights Paint**

**871 Dillard Street**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Houston | TX | 77091 | **Balance** |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.75 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$892.02** |

Check all that apply.

**Hilti, Inc.**

**PO Box 650756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75265-0756 | **Balance** |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.76 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | **$102,725.45** |

Check all that apply.

**Hiretech**

**PO Box 650756**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

| Dallas | TX | 75265-0756 | **Balance** |

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

Debtor **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.77 | Nonpriority creditor's name and mailing address |
|---|---|

Houston Business Journal

PO Box 844755

_____

Dallas                     TX      75284

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,454.00**

---

| 3.78 | Nonpriority creditor's name and mailing address |
|---|---|

Houston Water Jet

PO Box 4356, Dept 629

_____

Houston                  TX      77210-4356

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$400.00**

---

| 3.79 | Nonpriority creditor's name and mailing address |
|---|---|

Innovative ERP Inc.

#2 4718 1st Street SW

Calgary, Alberta

Canada T2G OA2

_____

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Fee Simple

**Is the claim subject to offset?**
☒ No
☐ Yes

**$34,462.46**

---

| 3.80 | Nonpriority creditor's name and mailing address |
|---|---|

Insperity

19001 Crescent Springs Dr.

_____

Kingwood                 TX      77339

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$7,000.00**

---

Debtor **National Signs, LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.81**  Nonpriority creditor's name and mailing address

Intellect - Interneer Inc.

6100 Center Dr., Suite 150

_____

Los Angeles                    CA        90045

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$21,050.00**

---

**3.82**  Nonpriority creditor's name and mailing address

Interstate Signways

7415 Lindsey Road

_____

Little Rock                    AR       72206

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$84,421.01**

---

**3.83**  Nonpriority creditor's name and mailing address

James Fulop

7966 Dawnridge Dr

_____

Houston                        TX       77071

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$8,175.40**

---

**3.84**  Nonpriority creditor's name and mailing address

Joyce & McFarland LLP

712 Main Street, Ste 1500

_____

Houston                        TX       77002

Date or dates debt was incurred _____

Last 4 digits of account number ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Legal

**Is the claim subject to offset?**
☒ No
☐ Yes

**$423,728.08**

---

Debtor    **National Signs, LLC**                                        Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.85 | Nonpriority creditor's name and mailing address |
|---|---|

**Kacal's Auto & Truck Service**

**PO Box 14527**

**Houston, TX 7721**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$14,170.57

| 3.86 | Nonpriority creditor's name and mailing address |
|---|---|

**Kaeser Compressors, Inc**

**1625 Crestent Circle Ste 215**

**Carrikktin          TX     75006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$2,398.88

| 3.87 | Nonpriority creditor's name and mailing address |
|---|---|

**Kronberg's Flags and Flagpoles**

**7106 Mapleridge St**

**Houston          TX     77081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$2,692.00

| 3.88 | Nonpriority creditor's name and mailing address |
|---|---|

**Lakey Electric**

**PO Box 40279**

**Houston          TX     77240**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Date or dates debt was incurred

Last 4 digits of account number   ___ ___ ___ ___

Is the claim subject to offset?
☑ No
☐ Yes

$7,020.00

Debtor   **National Signs, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.89 | Nonpriority creditor's name and mailing address |

**Laramie Crane LLC**

**PO Box 1515**

_____

| **La Porte** | **TX** | **77571** |

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,940.00**

| 3.90 | Nonpriority creditor's name and mailing address |

**Legacy Electric LLC**

**12895 Josey Ln, Ste 124 #1177**

_____

| **Dallas** | **TX** | **75234** |

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$230.45**

| 3.91 | Nonpriority creditor's name and mailing address |

**Liberty Signs Inc**

**7200 IH 35 Bldg 1**

_____

| **Georgetown** | **TX** | **78626** |

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,250.00**

| 3.92 | Nonpriority creditor's name and mailing address |

**Lincoln Sign Co**

**916 Springdale Dr**

_____

| **Exton** | **PA** | **19341** |

Date or dates debt was incurred   _____

Last 4 digits of account number   __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$864.00**

| Debtor | **National Signs, LLC** | | Case number (if known) | |

---

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,334.15** |

Local Gov't Purchasing Co-Op

PO Box 975110

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Dallas                TX        75397-5110

**Basis for the claim:** Balance

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,608.52** |

Marketing Refresh

20110 Cascading Falls Blvd

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Cypress              TX        77433

**Basis for the claim:** Balance

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,578.50** |

Max Access, LLC

2211 Norfolk St Ste 510

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Houston              TX        77098

**Basis for the claim:** Balance

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,438.61** |

Media Resources

3542 Pineville-Rock Hill

SC Hwy 51

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Fort Mill            SC        29715

**Basis for the claim:** Balance

Date or dates debt was incurred

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

Last 4 digits of account number

---

| Debtor | **National Signs, LLC** | | Case number (if known) |
|---|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.97** Nonpriority creditor's name and mailing address

**MK Products**

**16882 Armstrong Ave**

**Irvine**      **CA**     **92606**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$165.24**

---

**3.98** Nonpriority creditor's name and mailing address

**Morrison Architectural Sign Co Inc**

**3108 Garden Brook Dr**

**Dallas**      **TX**     **75234**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$615.00**

---

**3.99** Nonpriority creditor's name and mailing address

**Mossman Kumar & Tyler PC**

**PO Box 421239**

**Houstonm**      **TX**     **77242**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$730.00**

---

**3.100** Nonpriority creditor's name and mailing address

**National Signs Real Estate**

**2001 Kirby Dr Ste 1300**

**Houston**      **TX**     **77019**

Date or dates debt was incurred

Last 4 digits of account number

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$388,669.51**

---

Debtor    **National Signs, LLC**_____    Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.101**   Nonpriority creditor's name and mailing address

**Nationwide Trailers LLC**_____

**8410 North Freeway**_____

_____

**Houston**_____ **TX**____ **77037**____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**_____

Is the claim subject to offset?
☒ No
☐ Yes

**$321.41**

---

**3.102**   Nonpriority creditor's name and mailing address

**North Texas Crane Services Inc**_____

**1120 Texas St Bldg A**_____

_____

**Lewisville**_____ **TX**____ **75057**____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**_____

Is the claim subject to offset?
☒ No
☐ Yes

**$397.30**

---

**3.103**   Nonpriority creditor's name and mailing address

**Northern Safety & Industrial**_____

**PO Box 4250**_____

_____

**Utica**_____ **NY**____ **13504**____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**_____

Is the claim subject to offset?
☒ No
☐ Yes

**$3,091.19**

---

**3.104**   Nonpriority creditor's name and mailing address

**Norton Rose Fulbright**_____

**1301 McKinney Ste 5100**_____

_____

**Houston**_____ **TX**____ **77010**____

Date or dates debt was incurred    _____

Last 4 digits of account number    __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**_____

Is the claim subject to offset?
☒ No
☐ Yes

**$31,843.95**

---

| Debtor | **National Signs, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.105 | Nonpriority creditor's name and mailing address |
|---|---|

Ogletree, Deakins, Nash, Smoak & Stewart

PO Box 89

Columbia                SC        29202

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,749.42

---

| 3.106 | Nonpriority creditor's name and mailing address |
|---|---|

Pagel, Davis & Hill PC

Wedge International Tower

1415 Louisiana St 22nd Floor

Houston                TX        77002

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,386.00

---

| 3.107 | Nonpriority creditor's name and mailing address |
|---|---|

Park Place Sign

2019 30th St

Hannibal                MO        63401

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

$7,547.27

---

| 3.108 | Nonpriority creditor's name and mailing address |
|---|---|

Perspective 1

19510 Holly Lane

Lutz                FL        33558

Date or dates debt was incurred

Last 4 digits of account number   ___  ___  ___  ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,950.00

---

Debtor   **National Signs, LLC**                                          Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.109 | Nonpriority creditor's name and mailing address |

**Piedmont Plastics**

**PO Box 845649**

_____

**Los Angeles**                 **CA**    **90084-5649**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$1,640.40**

---

| 3.110 | Nonpriority creditor's name and mailing address |

**Piros Signs, Inc**

**1818 Old State Rd M**

_____

**Barnhart**                      **MO**    **63012**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$11,335.48**

---

| 3.111 | Nonpriority creditor's name and mailing address |

**Practical Engineering Solutions**

**124 Heymann Blvd Ste 201**

_____

**Lafayette**                     **LA**    **70503**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$49,500.00**

---

| 3.112 | Nonpriority creditor's name and mailing address |

**Prestige Junk Removal & Hauling**

**18911 Hardy Oak Blvd Ste 177**

_____

**San Antonio**                   **TX**    **78258**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$568.31**

---

Debtor  **National Signs, LLC**                                Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.113 | Nonpriority creditor's name and mailing address |
|---|---|

**Principal Lighting Grop LLC**

**3490 Venture Dr**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,885.56**

San Angelo          TX    76905

Basis for the claim:  **Balance**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address |
|---|---|

**Pro Painters**

**7600 W Tidwell Ste 820**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$71,443.60**

Houston          TX    77040

Basis for the claim:  **Balance**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address |
|---|---|

**Professional Welding Supply**

**3000 Brittmoore Rd, Bldg B**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,680.97**

Houston          TX    77043

Basis for the claim:  **Balance**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address |
|---|---|

**Prominox USA**

**4200 N Sam Houston Pkwy W Ste 500**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$28,732.74**

Houston          TX    77086-1469

Basis for the claim:  **Balance**

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

Debtor **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.117 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,172.50**

**Pure Health Solutions**

**PO Box 5066**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____

**Basis for the claim:**

**Hartford**          CT     **06102-5066**       **Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$7,500.00**

**Pusher Signs**

**1612 W 7th Ave**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Corsicana**         TX     **75110**            **Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$4,450.83**

**Reece Supply**

**2606 Bell St**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Houston**           TX     **77003**            **Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$101,040.17**

**Regal Plastics**

**9200 N Royal Ln, Ste 100**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Irving**            TX     **75063**            **Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

☒ No
☐ Yes

---

Debtor **National Signs, LLC** _____ Case number (if known) _____

| Part 2: | Additional Page |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.121 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$2,447.75**

Reliance Metalcenter

PO Box 843525

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                    TX      75284-3525

**Basis for the claim:**
Balance

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$15,300.33**

Ring Central, Inc

PO Box 734232

☐ Contingent
☐ Unliquidated
☐ Disputed

Dallas                    TX      75373

**Basis for the claim:**
Balance

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$2,685.50**

Robert F Gilbert Law

10100 Kleckley #15B

☐ Contingent
☐ Unliquidated
☐ Disputed

Houston                   TX      77075

**Basis for the claim:**
Balance

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | Nonpriority creditor's name and mailing address |

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$8,345.49**

Robert Half

PO Box 743295

☐ Contingent
☐ Unliquidated
☐ Disputed

Los Angeles               CA      90074

**Basis for the claim:**
Balance

Date or dates debt was incurred

Last 4 digits of account number   __ __ __ __

**Is the claim subject to offset?**
☒ No
☐ Yes

| Debtor | **National Signs, LLC** | Case number (if known) | |
|---|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

**3.125** | Nonpriority creditor's name and mailing address

Roto-Rooter Plumbing

3403 N Sam Houston Prkwy W #400

Houston          TX      77086

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$1,816.76**

---

**3.126** | Nonpriority creditor's name and mailing address

Rushold Enterprises

35635 Valley View Terrace

Windsor          CO      80550

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$575.00**

---

**3.127** | Nonpriority creditor's name and mailing address

Safelite Autoglass

3900 Claymore Park Dr Ste 130

Houston          TX      77043

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$473.85**

---

**3.128** | Nonpriority creditor's name and mailing address

Samuel Son & Co., Inc

Lock Box 935254

PO Box 935254

Atlanta          GA      31193

Date or dates debt was incurred

Last 4 digits of account number        ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Balance

**Is the claim subject to offset?**
☒ No
☐ Yes

**$3,167.74**

---

Debtor   **National Signs, LLC**                             Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.129 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$9,784.25**

Schlosser

3506 Draft Horse Ct

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Loveland | CO | 80538 |

**Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☒ No
- ☐ Yes

| 3.130 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$3,110.90**

Sepco-Solarlighting

1521 SE Palm Ct

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Stuart | FL | 34994 |

**Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☒ No
- ☐ Yes

| 3.131 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$280.00**

Sign Doctor, Inc

2522 E Norman Circle

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Orange | TX | 77630 |

**Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☒ No
- ☐ Yes

| 3.132 | **Nonpriority creditor's name and mailing address** |
|---|---|

**As of the petition filing date, the claim is:**
*Check all that apply.*

**$5,758.60**

Sign Faces

PO Box 1963

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:**

| Pelham | AL | 35124 |

**Balance**

Date or dates debt was incurred _____

**Is the claim subject to offset?**

Last 4 digits of account number ___ ___ ___ ___

- ☒ No
- ☐ Yes

Debtor **National Signs, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.133 | Nonpriority creditor's name and mailing address |

**Sign Man**

**4550 Mint Way**

**Dallas**            **TX**    **75236**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$541.25**

---

| 3.134 | Nonpriority creditor's name and mailing address |

**Sign Pro**

**2112 E WM J Bryan Pkwy**

**Bryan**            **TX**    **77802**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$9,920.00**

---

| 3.135 | Nonpriority creditor's name and mailing address |

**Sign Reflections**

**840 County Road 750**

**Athens**            **TN**    **37303**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$823.10**

---

| 3.136 | Nonpriority creditor's name and mailing address |

**Signs Manufacturing & Maintenance Corp**

**4610 Mint Way**

**Dallas**            **TX**    **75236**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$4,322.00**

---

| Debtor | **National Signs, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

---

| 3.137 | **Nonpriority creditor's name and mailing address** |
|---|---|

**South Texas Neon Signs**

**317 Masterson Rd**

**Loredo**                    **TX      78046**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,217.50**

---

| 3.138 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Southeast Sign Co.**

**5375 N Hiatus Rd**

**Sunrise**                    **FL      33351**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$2,327.14**

---

| 3.139 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Stallion Signs**

**3432 Copeland Dr**

**San Antonio**                    **TX      78219**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$24,091.21**

---

| 3.140 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Stanley Convergent Security Solutions, I**

**4606 W. Howard Ln, Ste 110**

**Austin**                    **TX      78728**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
**Balance**

**Is the claim subject to offset?**
☒ No
☐ Yes

**$383.21**

---

Debtor   **National Signs, LLC**  Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.141 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Staples**

**PO Box 105638**

_____

**Atlanta**              **GA**      **30348**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,123.45**

| 3.142 | **Nonpriority creditor's name and mailing address** |
|---|---|

**STI Graphics**

**1225 Alma St C**

_____

**Tomball**              **TX**      **77375**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,790.00**

| 3.143 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Sudduth Search**

**1540 Alexander St**

_____

**Houston**              **TX**      **77008**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$64,825.00**

| 3.144 | **Nonpriority creditor's name and mailing address** |
|---|---|

**Sunbelt Rentals**

**PO Box 409211**

**Atlanta, GA**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

Is the claim subject to offset?
☒ No
☐ Yes

**$14,973.65**

Debtor **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---------|-----------------|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.145** Nonpriority creditor's name and mailing address

Superior Neon Signs, Inc

3626 N Oklahoma St

_____

Oklahoma City         OK    73105

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

$847.60

**3.146** Nonpriority creditor's name and mailing address

Supreme Sign Services

5925 New Bethany Rd, Ste D

_____

Buford               GA    30518

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

$625.00

**3.147** Nonpriority creditor's name and mailing address

T-Rex Services

PO Box 4458

_____

Houston              TX    77210

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

$19,241.25

**3.148** Nonpriority creditor's name and mailing address

Talley Sign Company

1908 Chamberlayne Ave

_____

Richmond             VA    23222

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

$40,553.80

Debtor **National Signs, LLC** _____   Case number (if known) _____

| **Part 2:** | **Additional Page** |

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.149 | Nonpriority creditor's name and mailing address |
|---|---|

**TNT Crane & Rigging**

**PO Box 847561**

_____

**Dallas**                **TX**      **75284**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$6,330.20**

---

| 3.150 | Nonpriority creditor's name and mailing address |
|---|---|

**Tomball Stone & Graphics**

**7409 Breen Rd**

_____

**Houston**                **TX**      **77086**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$935.28**

---

| 3.151 | Nonpriority creditor's name and mailing address |
|---|---|

**Total Quality Logistics**

**PO Box 634558**

_____

**Cincinnati**            **OH**      **45263-4558**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$3,041.18**

---

| 3.152 | Nonpriority creditor's name and mailing address |
|---|---|

**Travelers Insurance**

**PO Box 660317**

_____

**Dallas**                **TX**      **75266-0317**

Date or dates debt was incurred   _____

Last 4 digits of account number   ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

**$15,313.00**

| Debtor | **National Signs, LLC** | Case number (if known) |
|---|---|---|

---

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

---

**3.153** Nonpriority creditor's name and mailing address

**TruBlu HR Solutions, LLC**

**350 Nursery Rd, Ste 2101**

**Spring**                     **TX**     **77380**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$56,896.05**

---

**3.154** Nonpriority creditor's name and mailing address

**TSM Digital Printing**

**19887 FM 2252**

**Garden Ridge**              **TX**     **78266**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$69,897.47**

---

**3.155** Nonpriority creditor's name and mailing address

**Tube-Tec Bending**

**2906 Holmes Rd**

**Houston**                    **TX**     **77051**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$350.00**

---

**3.156** Nonpriority creditor's name and mailing address

**Tyler Sign Masters, Inc**

**117 E Front St**

**Tyler**                      **TX**     **75702**

Date or dates debt was incurred

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☑ No
☐ Yes

**$300.00**

---

| Debtor | **National Signs, LLC** | Case number (if known) |
|---|---|---|

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

**3.157** Nonpriority creditor's name and mailing address

UL, LLC

75 Remittance Dr, Ste 1524

Chicago                    IL        60675-1524

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

**$3,960.07**

**3.158** Nonpriority creditor's name and mailing address

Uline

PO Box 88741

Chicago                    IL        60680-1741

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

**$15,119.55**

**3.159** Nonpriority creditor's name and mailing address

Unifirst First Aid & Safety

3499 Rider Trail South

Earth City                MO        63045

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

**$226.03**

**3.160** Nonpriority creditor's name and mailing address

United Masonry

PO Box 106

Rockdale                  TX        76567

Date or dates debt was incurred

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
Balance

Is the claim subject to offset?
☒ No
☐ Yes

**$9,130.00**

Debtor **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

Amount of claim

| 3.161 | Nonpriority creditor's name and mailing address |
|---|---|

**United Rentals North America, Inc**

**PO Box 840514**

_____

**Dallas**          **TX**     **75284-0514**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$356.70**

| 3.162 | Nonpriority creditor's name and mailing address |
|---|---|

**Uprite Services, LLC**

**PO Box 57806**

_____

**Webster**          **TX**     **77598**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$95,403.91**

| 3.163 | Nonpriority creditor's name and mailing address |
|---|---|

**Wales Crane & Rigging**

**222006 Bush Drive**

_____

**Waco**          **TX**     **76702**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$2,255.10**

| 3.164 | Nonpriority creditor's name and mailing address |
|---|---|

**Walter P Moore**

**PO Box 843127**

_____

**Dallas**          **TX**     **75284**

Date or dates debt was incurred  _____

Last 4 digits of account number  ___  ___  ___  ___

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
- ☒ No
- ☐ Yes

**$22,500.00**

Debtor **National Signs, LLC** _____   Case number (if known) _____

| Part 2: | Additional Page |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.

**Amount of claim**

| 3.165 | Nonpriority creditor's name and mailing address |
|---|---|

**$27,036.66**

Watchfire Signs, LLC

1015 Maple St

_____

Danville          IL      61832

Date or dates debt was incurred      _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address |
|---|---|

**$26,207.06**

Willcox Metal

10903 Gabriel's Place

_____

San Antonio        TX      78217

Date or dates debt was incurred      _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.167 | Nonpriority creditor's name and mailing address |
|---|---|

**$2,134.00**

Williams Sign Company Inc.

821 Vance Ave

_____

Memphis          TN      38126

Date or dates debt was incurred      _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

---

| 3.168 | Nonpriority creditor's name and mailing address |
|---|---|

**$506.11**

World Wide Sign Systems Inc

PO Box 446 N Cecil Street

_____

Bonduel          WI      54107

Date or dates debt was incurred      _____

Last 4 digits of account number    __  __  __  __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Balance**

Is the claim subject to offset?
☒ No
☐ Yes

Debtor   **National Signs, LLC**                                    Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the
previous page.  If no additional NONPRIORITY creditors exist, do not fill out or submit this page.                **Amount of claim**

| **3.169** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | **$436.80** |
|---|---|---|---|

**WS Finishing Corp**

**4138 Shilling Way**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Dallas**                    **TX**    **75237**

Basis for the claim:
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**Amount of claim: $436.80**

---

| **3.170** | Nonpriority creditor's name and mailing address | | **$780.55** |
|---|---|---|---|

**Zoom**

**PO Box 888843**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Los Angeles**                 **CA**    **90088**

Basis for the claim:
**Balance**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☒ No
☐ Yes

**Amount of claim: $780.55**

Debtor    **National Signs, LLC**                                    Case number (if known) _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---------|----------------------------------------------------------------|

**5.**   **Add the amounts of priority and nonpriority unsecured claims.**

|     |                                        |     | **Total of claim amounts** |
|-----|----------------------------------------|-----|----------------------------|
| 5a. | **Total claims from Part 1**           | 5a. | $112,513.41                |
| 5b. | **Total claims from Part 2**           | 5b. + | $3,343,824.60            |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $3,456,338.01 |

| Fill in this information to identify the case: |
|---|

Debtor name   **National Signs, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known) _____   Chapter   **11**

☐ Check if this is an
amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

12/15

**Be as complete and accurate as possible.  If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.  **Does the debtor have any executory contracts or unexpired leases?**

☑ No.  Check this box and file this form with the court with the debtor's other schedules.  There is nothing else to report on this form.

☐ Yes.  Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

2.  **List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| Fill in this information to identify the case: |
| --- |

| Debtor name | **National Signs, LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF TEXAS** |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206H

## Schedule H: Codebtors

12/15

Be as complete and accurate as possible.  If more space is needed, copy the Additional Page, numbering the entries consecutively.  Attach the Additional Page to this page.

1. **Does the debtor have any codebtors?**

   ☑ No.  Check this box and submit this form to the court with the debtor's other schedules.  Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*  Include all guarantors and co-obligors.  In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed.  If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:*  **Codebtor** | | *Column 2:*  **Creditor** | |
| --- | --- | --- | --- |
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |

| Fill in this information to identify the case: |
| --- |

Debtor Name  **National Signs, LLC**

United States Bankruptcy Court for the:  **SOUTHERN DISTRICT OF TEXAS**

Case number (if known):  _____

☐ Check if this is an amended filing

Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1:   Summary of Assets

**1.**  *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

| | | |
| --- | --- | --- |
| 1a. | **Real property:** Copy line 88 from Schedule A/B................................................................... | **$0.00** |
| 1b. | **Total personal property:** Copy line 91A from Schedule A/B................................................................... | **$5,500,556.21** |
| 1c. | **Total of all property** Copy line 92 from Schedule A/B................................................................... | **$5,500,556.21** |

### Part 2:   Summary of Liabilities

| | | |
| --- | --- | --- |
| **2.** | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D) Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D................................. | **$5,922,868.44** |
| **3.** | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F) | |
| 3a. | **Total claim amounts of priority unsecured claims:** Copy the total claims from Part 1 from line 5a of Schedule E/F........................................ | **$112,513.41** |
| 3b. | **Total amount of claims of nonpriority amount of unsecured claims:** Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F............................ | **+   $3,343,824.60** |
| **4.** | **Total liabilities** Lines 2 + 3a + 3b................................................................................................................. | **$9,379,206.45** |

| Fill in this information to identify the case and this filing: |
| --- |

Debtor Name  **National Signs, LLC**

United States Bankruptcy Court for the: **SOUTHERN DISTRICT OF TEXAS**

Case number
(if known)

Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206-Summary)

☐ Amended Schedule

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/24/2024**       X *Gabriel Medina*
          MM / DD / YYYY               Signature of individual signing on behalf of debtor

**Gabriel Medina**
Printed name

**Controller**
Position or relationship to debtor

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>National Signs, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

<u>Official Form 207</u>

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:    Income

1.  **Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply. | Gross revenue<br>(before deductions and exclusions |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From **01/01/2024**<br>MM / DD / YYYY  to | Filing date | ☑ Operating a business<br>☐ Other _____ | **$780,000.00** |
| **For prior year:** | From **01/01/2023**<br>MM / DD / YYYY  to | **12/31/2023**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$12,274,000.00** |
| **For the year before that:** | From **01/01/2022**<br>MM / DD / YYYY  to | **12/31/2022**<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other _____ | **$12,653,933.00** |

2.  **Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Debtor | **National Signs, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4.   Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575.  (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)  Do not include any payments listed in line 3.  Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor.  11 U.S.C. § 101(31).

☑ None

**5.   Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.  Do not include property listed in line 6.

☑ None

**6.   Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Part 3: | Legal Actions or Assignments |
|---|---|

**7.   Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Robert Half International, Inc vs National Signs, LLC** | **Non Payment** | **County Clerk Harris County**<br>Name<br><br>Street<br><br><br>City            State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**1208794** | | | |
| 7.2. | **Humurco, Inc vs National Signs** | **Non-Payment** | Name<br><br>Street<br><br><br>City            State   ZIP Code | ☐ Pending<br>☐ On appeal<br>☐ Concluded |
| | **Case number**<br>**1224875** | | | |

Debtor    **National Signs, LLC**                                    Case number (if known) _____
          Name

|         | Case title | Nature of case | Court or agency's name and address | Status of case |
|---------|------------|----------------|-----------------------------------|----------------|
| **7.3.** | **Max Air Tool Exchange & Rentsl Inc** | **Non Payment** | _____ Name | ☐ Pending |
|         |            |                | _____ Street | ☐ On appeal |
|         | **Case number** |           | _____ | ☐ Concluded |
|         | **2023-80421** |            | _____ City          State   ZIP Code | |

|         | Case title | Nature of case | Court or agency's name and address | Status of case |
|---------|------------|----------------|-----------------------------------|----------------|
| **7.4.** | **Flexco Construction, LLC, Et Al vs National Signs, LLC, Et Al** | **Non Payment** | **County Civil Court at Law No. 1** Name | ☐ Pending |
|         |            |                | **201 Caroline** Street | ☐ On appeal |
|         | **Case number** |           | **Suite 500** | ☐ Concluded |
|         | **1216104** |               | **Houston        Tx    77002** City          State   ZIP Code | |

|         | Case title | Nature of case | Court or agency's name and address | Status of case |
|---------|------------|----------------|-----------------------------------|----------------|
| **7.5.** | **Practical Engineering Solutions, LLC vs National Signs, LLC** | **Non Payment** | **Lafayete Parish** Name | ☐ Pending |
|         |            |                | _____ Street | ☐ On appeal |
|         | **Case number** |           | _____ | ☐ Concluded |
|         | **C-20241112** |            | _____ City          State   ZIP Code | |

8.  **Assignments and receivership**

    List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

    ☑ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

    ☑ None

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

    ☑ None

Debtor   **National Signs, LLC**                                    Case number (if known) _____
               Name

| **Part 6:** | **Certain Payments or Transfers** |

**11.   Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **FUQUA & ASSOCIATES, PC** | | | **$12,838.00** |

**Address**

**858 Katy Freeway**
Street
**Suite 119**

**Houston**                **TX**      **77024**
City                         State    ZIP Code

**Email or website address**
**Fuqua@fuqualegal.com**

**Who made the payment, if not debtor?**
**NATIONAL SIGNS REAL ESTATE, LP**

**12.   Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13.   Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.  Include both outright transfers and transfers made as security.  Do not include gifts or transfers previously listed on this statement.

☑ None

| **Part 7:** | **Previous Locations** |

**14.   Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

Debtor    **National Signs, LLC**          Case number (if known) _____
        Name

---

## Part 8:  Health Care Bankruptcies

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or

- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No.  Go to Part 9.
☐ Yes.  Fill in the information below.

---

## Part 9:  Personally Identifiable Information

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes.  State the nature of the information collected and retained _____

      Does the debtor have a privacy policy about that information?
      ☐ No.
      ☐ Yes.

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No.  Go to Part 10.
☐ Yes.  Does the debtor serve as plan administrator?
      ☐ No.  Go to Part 10.
      ☐ Yes.  Fill in below:

---

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18.  Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19.  Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

Debtor    **National Signs, LLC**                                    Case number (if known) _____
       Name

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case.  Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**   **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns.  Include any property borrowed from, being stored for, or held in trust.  Do not list leased or rented property.

☑ None

---

**Part 12:**   **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**

Include settlements and orders.

☑ No
☐ Yes.  Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes.  Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes.  Provide details below.

---

**Part 13:**   **Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.  Include this information even if already listed in the Schedules.

☑ None

---

Debtor    **National Signs, LLC**                                      Case number (if known) _____
          Name

## 26. Books, records, and financial statements

26a.  List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1. | **Gabriel Medina** | From **6/22** To **Present** |
| | Name | |
| | **2611 El Camino St** | |
| | Street | |
| | | |
| | **Houston**              **TX**    **77054** | |
| | City                    State   ZIP Code | |

26b.  List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c.  List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d.  List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes.  Give the details about the two most recent inventories.

## 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|

## 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes.  Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor     **National Signs, LLC**                                    Case number (if known) _____
           _____
           Name

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes.  Identify below.

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes.  Identify below.

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes.  Identify below.

| Debtor | **National Signs, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

## Part 14: Signature and Declaration

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **05/24/2024**
MM / DD / YYYY

X *Gabriel Medina*                   Printed name **Gabriel Medina**
Signature of individual signing on behalf of the debtor

Position or relationship to debtor **Controller**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No
☐ Yes

B2030 (Form 2030) (12/15)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

In re  **National Signs, LLC**

Case No.  _____

Chapter  **11**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept..............................................Fixed Fee:  **$12,838.00**

Prior to the filing of this statement I have received.......................................  **$12,838.00**

Balance Due.................................................................................................  **$0.00**

2.  The source of the compensation paid to me was:
☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:
☑ Debtor          ☐ Other (specify)

4.  ☑  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐  I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

B2030 (Form 2030) (12/15)

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

**CERTIFICATION**

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| | |
|---|---|
| **05/24/2024** | *R L Fuqua* |
| *Date* | *Richard Lee Fuqua II*       Bar No.  07552300 |
| | Fuqua & Associates, P.C. |
| | 8558 Katy Freeway |
| | Suite 119 |
| | Houston, Texas 77024 |
| | Phone: (713) 960-0277 / Fax: (713) 960-1064 |

---

*Gabriel Medina*

**Gabriel Medina**
**Controller**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>National Signs, LLC</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td><strong>SOUTHERN DISTRICT OF TEXAS</strong></td></tr>
<tr><td>Case number<br>(if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case.  Include claims which the debtor disputes.  Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claims resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 1 | Joyce & McFarland LLP 712 Main Street, Ste 1500 Houston, TX 77002 | | Legal | | | | $423,728.08 |
| 2 | National Signs Real Estate 2001 Kirby Dr Ste 1300 Houston, TX 77019 | | Balance | | | | $388,669.51 |
| 3 | Air Tool Exchange & Rental Co. 6500 Long Drive Houston, TX 77087 | | Balance | | | | $177,255.37 |
| 4 | Daktronics, Inc. 201 Daktronics Drive Brookings, SD 57006 | | Balance | | | | $171,339.26 |
| 5 | Bakers' Signs And Manufacturing 11201 FM Rd Conroe, TX 77306 | | Balance | | | | $129,825.00 |

Debtor    **National Signs, LLC**                                    Case number (if known) _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount.  If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 6   Ann Harris Bennett<br>PO Box 4622<br>Houston, TX 77210-4622 | | Taxes | | | | $112,513.41 |
| 7   Hiretech<br>PO Box 650756<br>Dallas, TX 75265-0756 | | Balance | | | | $102,725.45 |
| 8   Regal Plastics<br>9200 N Royal Ln, Ste 100<br>Irving, TX 75063 | | Balance | | | | $101,040.17 |
| 9   Uprite Services, LLC<br>PO Box 57806<br>Webster, TX 77598 | | Balance | | | | $95,403.91 |
| 10  Flex Erect<br>6417 Toledo St.<br>Houston, TX 77008 | | Balance | | | | $93,244.25 |
| 11  Interstate Signways<br>7415 Lindsey Road<br>Little Rock, AR 72206 | | Balance | | | | $84,421.01 |
| 12  Pro Painters<br>7600 W Tidwell Ste 820<br>Houston, TX 77040 | | Balance | | | | $71,443.60 |
| 13  Hardscape Inc.<br>14611 Ormond Ct.<br>Houston, TX 77095 | | Balance | | | | $70,631.63 |

Debtor   **National Signs, LLC**                                    Case number (if known) _____
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 14 | TSM Digital Printing 19887 FM 2252 Garden Ridge, TX 78266 | | Balance | | | | $69,897.47 |
| 15 | Baseline PO Box 1606 Magnolia, TX 77353 | | Balance | | | | $64,999.00 |
| 16 | Sudduth Search 1540 Alexander St Houston, TX 77008 | | Balance | | | | $64,825.00 |
| 17 | TruBlu HR Solutions, LLC 350 Nursery Rd, Ste 2101 Spring, TX 77380 | | Balance | | | | $56,896.05 |
| 18 | Practical Engineering Solutions 124 Heymann Blvd Ste 201 Lafayette, LA 70503 | | Balance | | | | $49,500.00 |
| 19 | Gordon & Rees 1111 Broadway, Ste. 1700 Oakland, CA 94607 | | Balance | | | | $46,894.63 |
| 20 | Eastern Metal Supply of Texas PO Box 676026 Dallas, TX 75267-6026 | | Balance | | | | $41,151.54 |

A&C Plastics, Inc.
6135 Northdale
Houston, TX 77087-5095

Alphagraphics US776 Houston
5633 Richmond Ave, Ste 100A
Houston, TX 77057-6346

Betco Scaffolds
1626 Enid St.
Houston, TX 77009

Ademero, Inc.
4798 S Florida Ave, Ste. 331
Lakeland, Fl 33813

Alterman, Inc.
PO Box 700490
San Antonio, TX 78270-0490

Big City Access Holdings, LLC
6915 Barney Rd.
Houston, TX 77092

Advanced Data Solution
13636 Ventura Blvd, Ste. 705
Sherman Oaks, CA 91423

Altius Graphics
11205 Main St., Ste. 118
Houston, TX 77025

Brenntag Lubricants
PO Box 201978
Dallas, TX 75320

Advanced Graphics
939 Opelika Road
Auburn, AL 36830

Andrews Myers PC
1885 Saint James Place
5th Floor
Houston, TX 77056

Buyers Barricades
PO Box 201978
Dallas, TX 75373-3731

Advanced Sign and Lighting LLC
1 37th Street Northwest Ste C
Auburn, WA 98001

Andy's Custom Signs
243 Ward Ave.
San Antonio, TX 78223

C2 Imaging
6650 Roxburgh Drive, Ste. 180
Houston, TX 79701

Advertising Higher, Inc.
13795 Old Texaco Rd
Conroe, TX 77302

Ann Harris Bennett
PO Box 4622
Houston, TX 77210-4622

Cactus Sign Company, Inc.
3504 W. Wall, Ste. B
Midland, TX 79701

AE Stucco Remodeling
1800 St. James Place
Houston, TX 77056-4181

Bakers' Signs And Manufacturing
11201 FM Rd
Conroe, TX 77306

Caddo Signs LLC
8041 Conley Rd.
Vivian, LA 71082

Air Tool Exchange & Rental Co.
6500 Long Drive
Houston, TX 77087

Baseline
PO Box 1606
Magnolia, TX 77353

Cescar Tooling
10245 Kempwood Dr., Ste. E-151
Houston, TX 77043

Airgas Houston/Southwest
PO Box 734671
Dallas, TX 75373-4671

BB&T Sign Services
16212 Bothell Everett Hwy
Mill Creek, WA 98012

Cintas
PO Box 65038
Dallas, TX 75265-0838

Allegiance Crane & Equipment
PO Box 735187
Dallas, TX 75373-5187

Benek Group, LLC
11603 Starwood Drive
Houston, TX 77024

Cintas Fire
PO Box 636525
Cincinnati, OH 45263-6525

Circle Saw Builders Supply
2510 Ella Blvd.
Houston, TX 77008

Davis Sign & Graphics
3640 E Washington St.
Phoenix, AZ 5706

Fastsigns #222 Midland
3504 W. Wall St. Ste. A
Midland, TX 79701

Citrus Signs
6130 Edgewater Drive Ste. H
Orlando, FL 32810

DFW Hightech Signs
10660 Plano Rd, #18
Dallas, TX 75238

Fastsigns #2227
301 SE Wallock St
Lawton, OK 73501

Classic Sign Services
125 N Service Rd
St. Peters, MO 63376

Diamond Back Delivery, Inc
6434 Founding Drive
Katy, TX 77449

Fastsigns #319 Dallas
6940 Marvin D Love Fwy
Dallas, TX 75237

Clayton Signs, Inc.
5198 N Lake Drive
Lake City, GA 30260

DXP, Inc.
5737 Brittmore Rd., Ste. 100
Houston, TX 77041

Fastsigns #359 San Antonio
2897 N.E. Loop 410, Ste. 101
San Antonio, TX 78218

CMC Commercial Metals
6565 N. MacArthur Blvd, Ste 800
Irving, TX 75039

E.M. Blue's Sons, Inc
1801 Wayside Drive
Houston, TX 77041

Fastsigns 512
799 US Highway 287, Ste. F
Broomfield, CO 80020

Consolidated Crane & Rigging
6370 Long Drive
Houston, TX 77087

Eastern Metal Supply of Texas
PO Box 676026
Dallas, TX 75267-6026

Fastsigns 52
3461 E Speedway Blvd
Tucson, AZ 85716

Creative Signs
2301 N. Hiawassee Road
Apopka, FL 32703

EFM Solutions
326 Remington Creek Drive
Houston, TX 77011

Fedex Corporation
PO Box 660481
Dallas, TX 75266

Crowe LLP
PO Box 71570
Chicago, IL 60694

Elliott Electric Supply
PO Box 206524
Dallas, TX 75320

Ferro Industries
35200 Union Lake Rd.
Harrison Twp, MI 48045

Cuahutemoc Bravo (Temo)
8219 Polaris Point Lane
Cypresss TX 77433

Exquisite Koncepts, LLC
330 N Mart Plaza
Jackson, MS 39206

Fisher & Philips, LLP
910 Louisiana St, Ste 4000
Houston, TX 77002

Daktronics, Inc.
201 Daktronics Drive
Brookings, SD 57006

Fast Signs #443
2921 Alderwood Mall Blvd # 104
Lynnwood, WA 98036

Flex Erect
6417 Toledo St.
Houston, TX 77008

Fluoresco Services LLC
5505 S. Nogales Highway
Tucson, AZ 85706

Greenback Cost Recovery
PO Box 22656
Houston, TX 77227

Insperity
19001 Crescent Springs Dr.
Kingwood, TX 77339

Ford Signs, Inc.
1605 Ord Way
Oceanside, CA 92056

Grimco
29538 Network Place
Chicago, IL 77227

Intellect - Interneer Inc.
6100 Center Dr., Suite 150
Los Angeles, CA 90045

Freight Compass
PO Box 8458
The Woodlands, TX 77387

Haginas & Shillings
7111 Glen Chase Ct
Houston, TX 77095

Interstate Signways
7415 Lindsey Road
Little Rock, AR 72206

G2G Lighting
1829 Underwood Blvd, Unit 5
Delran Twpm, NJ 08075

Hardscape Inc.
14611 Ormond Ct.
Houston, TX 77095

James Fulop
7966 Dawnridge Dr
Houston, TX 77071

Gabby's Crane And Rigging
PO Box 3322
Conroe, TX 77305

Heights Paint
871 Dillard Street
Houston, TX 77091

Joyce & McFarland LLP
712 Main Street, Ste 1500
Houston, TX 77002

Gemini Incorporated
103 Mensing Way
Canyon Falls, MN 55009-1143

Hilti, Inc.
PO Box 650756
Dallas, TX 75265-0756

Kacal's Auto & Truck Service
PO Box 14527
Houston, TX 7721

Gordon & Rees
1111 Broadway, Ste. 1700
Oakland, CA 94607

Hiretech
PO Box 650756
Dallas, TX 75265-0756

Kaeser Compressors, Inc
1625 Crestent Circle Ste 215
Carrikktin, TX 75006

GPAC, LLC
5900 S Doral Ave, Ste 103
Sioux Falls, SD 57108

Houston Business Journal
PO Box 844755
Dallas, TX 75284

Kronberg's Flags and Flagpoles
7106 Mapleridge St
Houston, TX 77081

Graphic Solutions Group
PO Box 671261
Dallas, TX 75267-1261

Houston Water Jet
PO Box 4356, Dept 629
Houston, TX 77210-4356

Lakey Electric
PO Box 40279
Houston, TX 77240

Graybar
PO Box 840458
Dallas, TX 75267-1261

Innovative ERP Inc.
#2 4718 1st Street SW
Calgary, Alberta
Canada T2G OA2

Laramie Crane LLC
PO Box 1515
La Porte, TX 77571

Legacy Electric LLC
12895 Josey Ln, Ste 124 #1177
Dallas, TX 75234

National Signs Real Estate
2001 Kirby Dr Ste 1300
Houston, TX 77019

Piedmont Plastics
PO Box 845649
Los Angeles, CA 90084-5649

Liberty Signs Inc
7200 IH 35 Bldg 1
Georgetown, TX 78626

National Signs Real Estate, LP
2001 Kirby
Suite 1300
Houston TX 77019

Piros Signs, Inc
1818 Old State Rd M
Barnhart Mo 63012

Lincoln Sign Co
916 Springdale Dr
Exton, PA 19341

Nationwide Trailers LLC
8410 North Freeway
Houston, TX 77037

Practical Engineering Solutions
124 Heymann Blvd Ste 201
Lafayette, LA 70503

Local Gov't Purchasing Co-Op
PO Box 975110
Dallas, TX 75397-5110

North Texas Crane Services Inc
1120 Texas St Bldg A
Lewisville, TX 75057

Prestige Junk Removal & Hauling
18911 Hardy Oak Blvd Ste 177
San Antonio, TX 78258

Marketing Refresh
20110 Cascading Falls Blvd
Cypress, TX 77433

Northern Safety & Industrial
PO Box 4250
Utica, NY 13504

Principal Lighting Grop LLC
3490 Venture Dr
San Angelo, TX 76905

Max Access, LLC
2211 Norfolk St Ste 510
Houston, TX 77098

Norton Rose Fulbright
1301 McKinney Ste 5100
Houston, TX 77010

Pro Painters
7600 W Tidwell Ste 820
Houston, TX 77040

Media Resources
3542 Pineville-Rock Hill
SC Hwy 51
Fort Mill, SC 29715

Ogletree, Deakins, Nash, Smoak
PO Box 89
Columbia, SC 29202

Professional Welding Supply
3000 Brittmoore Rd, Bldg B
Houston, TX 77043

MK Products
16882 Armstrong Ave
Irvine, CA 92606

Pagel, Davis & Hill PC
Wedge International Tower
1415 Louisiana St 22nd Floor
Houston, TX 77002

Prominox USA
4200 N Sam Houston Pkwy W Ste 5
Houston, TX 77086-1469

Morrison Architectural Sign Co
3108 Garden Brook Dr
Dallas, TX 75234

Park Place Sign
2019 30th St
Hannibal, MO 63401

Pure Health Solutions
PO Box 5066
Hartford, CT 06102-5066

Mossman Kumar & Tyler PC
PO Box 421239
Houstonm TX 77242

Perspective 1
19510 Holly Lane
Lutz, FL 33558

Pusher Signs
1612 W 7th Ave
Corsicana TX 75110

Reece Supply
2606 Bell St
Houston, TX 77003

Schlosser
3506 Draft Horse Ct
Loveland, CO 80538

Stallion Signs
3432 Copeland Dr
San Antonio, TX 78219

Regal Plastics
9200 N Royal Ln, Ste 100
Irving, TX 75063

Sepco-Solarlighting
1521 SE Palm Ct
Stuart, FL 34994

Stanley Convergent Security Sol
4606 W. Howard Ln, Ste 110
Austin, TX 78728

Reliance Metalcenter
PO Box 843525
Dallas, Tx 75284-3525

Sign Doctor, Inc
2522 E Norman Circle
Orange, TX 77630

Staples
PO Box 105638
Atlanta, GA 30348

Ring Central, Inc
PO Box 734232
Dallas, TX 75373

Sign Faces
PO Box 1963
Pelham, AL 35124

STI Graphics
1225 Alma St C
Tomball, TX 77375

Robert F Gilbert Law
10100 Kleckley #15B
Houston, TX 77075

Sign Man
4550 Mint Way
Dallas, TX 75236

Sudduth Search
1540 Alexander St
Houston, TX 77008

Robert Half
PO Box 743295
Los Angeles, CA 90074

Sign Pro
2112 E WM J Bryan Pkwy
Bryan, TX 77802

Sunbelt Rentals
PO Box 409211
Atlanta, GA

Roto-Rooter Plumbing
3403 N Sam Houston Prkwy W #400
Houston, TX 77086

Sign Reflections
840 County Road 750
Athens, TN 37303

Superior Neon Signs, Inc
3626 N Oklahoma St
Oklahoma City, OK 73105

Rushold Enterprises
35635 Valley View Terrace
Windsor, CO 80550

Signs Manufacturing & Maintenan
4610 Mint Way
Dallas, TX 75236

Supreme Sign Services
5925 New Bethany Rd, Ste D
Buford, GA 30518

Safelite Autoglass
3900 Claymore Park Dr Ste 130
Houston TX 77043

South Texas Neon Signs
317 Masterson Rd
Loredo, TX 78046

T-Rex Services
PO Box 4458
Houston, TX 77210

Samuel Son & Co., Inc
Lock Box 935254
PO Box 935254
Atlanta, GA 31193

Southeast Sign Co.
5375 N Hiatus Rd
Sunrise, FL 33351

Talley Sign Company
1908 Chamberlayne Ave
Richmond, VA 23222

TNT Crane & Rigging
PO Box 847561
Dallas, TX 75284

Uline
PO Box 88741
Chicago, IL 60680-1741

World Wide Sign Systems Inc
PO Box 446 N Cecil Street
Bonduel, WI 54107

Tomball Stone & Graphics
7409 Breen Rd
Houston, TX 77086

Unifirst First Aid & Safety
3499 Rider Trail South
Earth City, MO 63045

WS Finishing Corp
4138 Shilling Way
Dallas, TX 75237

Total Quality Logistics
PO Box 634558
Cincinnati, OH 45263-4558

United Masonry
PO Box 106
Rockdale, TX 76567

Zoom
PO Box 888843
Los Angeles CA 90088

Travelers Insurance
PO Box 660317
Dallas, TX 75266-0317

United Rentals North America, I
PO Box 840514
Dallas, TX 75284-0514

TruBlu HR Solutions, LLC
350 Nursery Rd, Ste 2101
Spring, TX 77380

Uprite Services, LLC
PO Box 57806
Webster, TX 77598

TSM Digital Printing
19887 FM 2252
Garden Ridge, TX 78266

Wales Crane & Rigging
222006 Bush Drive
Waco, TX 76702

Tube-Tec Bending
2906 Holmes Rd
Houston, TX 77051

Walter P Moore
PO Box 843127
Dallas, TX 75284

Tulcan Management, LLC
2001 Kirby Dr
Suite 1300
Houston, TX 77019

Watchfire Signs, LLC
1015 Maple St
Danville, IL 61832

Tyler Sign Masters, Inc
117 E Front St
Tyler, TX 75702

Willcox Metal
10903 Gabriel's Place
San Antonio, TX 78217

UL, LLC
75 Remittance Dr, Ste 1524
Chicago, IL 60675-1524

Williams Sign Company Inc.
821 Vance Ave
Memphis, TN 38126

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:                                                    CHAPTER   **11**

**National Signs, LLC**

DEBTOR(S)                                                CASE NO

## LIST OF EQUITY SECURITY HOLDERS

| Registered Name of Holder of Security Last Known Address or Place of Business | Class of Security | Number Registered | Kind of Interest Registered |
|---|---|---|---|
| | | | |

**DECLARATION UNDER PENALTY OF PERJURY**
**ON BEHALF OF A CORPORATION OR PARTNERSHIP**

I, the _____**Controller**_____ of the _____**23-1882**_____
named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date: **5/24/2024**_____        Signature: *Gabriel Medina*_____

                                                            **Gabriel Medina**
                                                            **Controller**

05/24/2024 02:08:40pm

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

In re:  **National Signs, LLC**                                        CASE NO

                                                                      CHAPTER   **11**


## BUSINESS INCOME AND EXPENSES