# Exhibit A

**DETAILED TIME RECORDS FOR TIME SPENT WORKING ON**
**NATIONAL SIGNS, LLC 401(K) PLAN**

| Date | Description | Hours | Rate | Amount |
|------|-------------|-------|------|--------|
| 7/25/2024 | Receive email learning about the case (.2); perfrom preliminary research (.4) | 0.6 | 440.00 | 264.00 |
| 7/28/2024 | Review employment application and propose minor edits (.3); review creditor matrix (.3) | 0.6 | 440.00 | 264.00 |
| 9/3/2024 | Prepare form necessary to obtain internet access | 0.3 | 440.00 | 132.00 |
| 9/4/2024 | Send information and documents to retirement plan service provider | 0.4 | 440.00 | 176.00 |
| 9/10/2024 | Follow up with service provider | 0.2 | 440.00 | 88.00 |
| 9/17/2024 | Provide service provider with additional information | 0.2 | 440.00 | 88.00 |
| 9/24/2024 | Obtain internet access to the plan and use it to learn about the plan (3.1); Provide numerous documents necessary to amend distribution processing protocol (.8); call with service provider (1.5) | 5.4 | 440.00 | 2,376.00 |
| 10/23/2024 | Obtain confirmation from service provider that distribution protocols have been updated | 0.2 | 440.00 | 88.00 |
| 11/19/2024 | Prepare IRS Form 8822-B (.5); draft amendment and resolution terminating the plan (.9) | 1.4 | 440.00 | 616.00 |
| Future Date | Review and complete custodial documents necessary process expense and terminate the plan | 2 | 440.00 | 880.00 |
| Future Date | Perform locator searches for all plan participants (1) and prepare and mail  a package inviting each one to make a benefit election (1). Answer questions from participants who contact me (2) | 4 | 440.00 | 1,760.00 |
| Future Date | Review and approve each participant benefit distribution election | 5 | 440.00 | 2,200.00 |
| Future Date | Establish a missing participant IRA on behalf of each non-respondent. | 2 | 440.00 | 880.00 |
| Future Date | Prepare and submit Form 5500 for the 2024 (2) and Final plan year (2) | 4 | 440.00 | 1,760.00 |
| | Totals | 26.3 | | $ 11,572.00 |