```
Label Matrix for local noticing          Altec Capital Services, LLC              City of Houston
0541-4                                   c/o Padfield & Stout, LLP                Linebarger Goggan Blair & Sampson LLP
Case 24-32403                            100 Throckmorton Street, Suite 700       Jeannie Lee Andresen
Southern District of Texas               Fort Worth, TX 76102-2837                PO Box 3064
Houston                                                                           Houston, TX 77253-3064
Mon Oct  7 17:17:56 CDT 2024

(p)HARRIS COUNTY ATTORNEY'S OFFICE       Houston Community College System         Houston ISD
P O BOX 2848                             Linebarger Goggan Blair & Sampson LLP    Linebarger Goggan Blair & Sampson LLP
HOUSTON TX 77252-2848                    c/o Jeannie Lee Andresen                 c/o Jeannie Lee Andresen
                                         PO Box 3064                              PO Box 3064
                                         Houston, TX 77253-3064                   Houston, TX 77253-3064

MobiLease, Inc.                          National Signs, LLC                      Texas Comptroller of Public Accounts, Revenu
c/o Bruce K. Watkins                     National Signs, LLC                      Jamie Kirk
Watkins & Watkins                        2611 El Camino St                        P.O. Box 12548
24 Greenway Plaza                        Houston, TX 77054-4114                   Austin, TX 78711-2548
Suite 1710
Houston, Tx 77046-2423

Texas ReExcavation LC                    4                                        A&C Plastics, Inc.
2925 Richmond Avenue                     United States Bankruptcy Court           6135 Northdale
Suite 1200                               PO Box 61010                             Houston, TX 77087-5095
Houston, TX 77098-3143                   Houston, TX 77208-1010

AE Stucco Remodeling                     Ademero, Inc.                            Advanced Data Solution
1800 St. James Place                     4798 S Florida Ave, Ste. 331             13636 Ventura Blvd, Ste. 705
Houston, TX 77056-4181                   Lakeland, Fl 33813-2181                  Sherman Oaks, CA 91423-3700

Advanced Graphics                        Advanced Sign and Lighting LLC           Advertising Higher, Inc.
939 Opelika Road                         1 37th Street Northwest Ste C            13795 Old Texaco Rd
Auburn, AL 36830-4023                    Auburn, WA 98001-1715                    Conroe, TX 77302-4607

Air Tool Exchange & Rental Co.           Airgas Houston/Southwest                 Allegiance Crane & Equipment
6500 Long Drive                          PO Box 734671                            PO Box 735187
Houston, TX 77087-3410                   Dallas, TX 75373-4671                    Dallas, TX 75373-5187

Alphagraphics US776 Houston              Altec Capital Services, LLC              Alterman, Inc.
5633 Richmond Ave, Ste 100A              c/o Matthew D. Giadrosich                PO Box 700490
Houston, TX 77057-6346                   Padfield & Stout, LLP                    San Antonio, TX 78270-0490
                                         100 Throckmorton Street, Suite 700
                                         Fort Worth, Texas 76102-2837

Altius Graphics                          Andrews Myers PC                         Andy's Custom Signs
11205 Main St., Ste. 118                 1885 Saint James Place                   243 Ward Ave.
Houston, TX 77025-5602                   5th Floor                                San Antonio, TX 78223-1029
                                         Houston, TX 77056-4176

Ann Harris Bennett                       B17 Ventures LLC                         BB&T Sign Services
PO Box 4622                              3504 W. Wall St., Suite A                16212 Bothell Everett Hwy
Houston, TX 77210-4622                   Midland, TX 79701-6733                   Mill Creek, WA 98012-1603
```

BRANDSAFWAY SOLUTIONS, LLC
7402 EASTEX FREEWAY
HOUSTON, TX 77093
msoliz@brandsafway.com 77093-8826

Bakers' Signs And Manufacturing
11201 FM Rd
Conroe, TX 77306

Baseline
PO Box 1606
Magnolia, TX 77353-1606

Benek Group, LLC
11603 Starwood Drive
Houston, TX 77024-5100

Betco Scaffolds
1626 Enid St.
Houston, TX 77009-2548

Big City Access Holdings, LLC
6915 Barney Rd.
Houston, TX 77092-4437

Brenntag Lubricants
PO Box 201978
Dallas, TX 75320-1978

Brian Thorne
5950 Lattimer Drive
Houston TX 77035-4151

Buyers Barricades
PO Box 201978
Dallas, TX 75373-3731

C2 Imaging
6650 Roxburgh Drive, Ste. 180
Houston, TX 77041-5212

CMC Commercial Metals
6565 N. MacArthur Blvd, Ste 800
Irving, TX 75039-6283

Cactus Sign Company, Inc.
3504 W. Wall, Ste. B
Midland, TX 79701-6733

Caddo Signs LLC
8041 Conley Rd.
Vivian, LA 71082-9055

Canon Financial Services, Inc.
c/o Howard N. Sobel, Esq.
507 Kresson Road
Voorhees, NJ 08043-9564

Cescar Tooling
10245 Kempwood Dr., Ste. E-151
Houston, TX 77043-1803

Cintas
PO Box 65038
Dallas, TX 75265-0838

Cintas Corporation
6800 Cintas Boulevard
Mason, OH 45040-9151

Cintas Fire
PO Box 636525
Cincinnati, OH 45263-6525

Circle Saw Builders Supply
2510 Ella Blvd.
Houston, TX 77008-2712

Citrus Signs
6130 Edgewater Drive Ste. H
Orlando, FL 32810-4865

City of Houston
c/o Jeannie L. Andresen
Linebarger Goggan Blair & Sampson LLP
PO Box 3064
Houston, TX 77253-3064

City of La Porte, TX
Purchasing Dept.
604 West Fairmont Pkwy.
La Porte, TX 77571-6215

City of Navasota, TX
PO Box 910
Navasota, TX 77868-0910

Classic Sign Services
125 N Service Rd
St. Peters, MO 63376-1066

Clayton Signs, Inc.
5198 N Lake Drive
Lake City, GA 30260-3564

Compass Global Logistics
Attn: David Carter
210 Spring Hill Dr. Ste. 155
Spring, TX 77386-2386

Compass Global Logistics, LLC
dba Freight Compass
P.O. Box 8458
The Woodlands, TX 77387-8458

Comptroller of Public Accounts
C/O Office of the Attorney General
Bankruptcy - Collections Division MC-008
PO Box 12548
Austin TX  78711-2548

Consolidated Crane & Rigging
6370 Long Drive
Houston, TX 77087-3457

Consolidated Crane & Rigging, LLC
6370 Long Dr.
Houston, Texas 77087-3457

| | | |
|---|---|---|
| Creative Signs<br>2301 N. Hiawassee Road<br>Apopka, FL 32703-2604 | Creative Signs, Inc.<br>725 N. Magnolia Avenue<br>Orlando, FL 32803-3808 | Crowe LLP<br>PO Box 71570<br>Chicago, IL 60694-1570 |
| Cuahutemoc Bravo (Temo)<br>8219 Polaris Point Lane<br>Cypresss TX 77433-2867 | DFW Hightech Signs<br>10660 Plano Rd, #18<br>Dallas, TX 75238-5340 | DXP, Inc.<br>5737 Brittmore Rd., Ste. 100<br>Houston, TX 77041-5614 |
| Daktronics, Inc.<br>201 Daktronics Drive<br>Brookings, SD 57006-2359 | Davis Sign & Graphics<br>3640 E Washington St.<br>Phoenix, AZ 85034-1708 | Diamond Back Delivery, Inc<br>6434 Founding Drive<br>Katy, TX 77449-4291 |
| E.M. Blue's Sons, Inc<br>1801 Wayside Drive<br>Houston, TX 77011-1428 | EFM Solutions<br>326 Remington Creek Drive<br>Houston, TX 77073-4329 | Eastern Metal Supply of Texas<br>PO Box 676026<br>Dallas, TX 75267-6026 |
| Elliott Electric Supply<br>PO Box 206524<br>Dallas, TX 75320-6524 | Euler Hermes agent for<br>GRIMCO, INC.<br>100 International Dr., 22nd Floor<br>Baltimore, MD 21202-4783 | Exquisite Koncepts, LLC<br>330 N Mart Plaza<br>Jackson, MS 39206-5327 |
| Fast Signs #443<br>2921 Alderwood Mall Blvd # 104<br>Lynnwood, WA 98036-4737 | Fastsigns #222 Midland<br>3504 W. Wall St. Ste. A<br>Midland, TX 79701-6733 | Fastsigns #2227<br>301 SE Wallock St<br>Lawton, OK 73501-5449 |
| Fastsigns #319 Dallas<br>6940 Marvin D Love Fwy<br>Dallas, TX 75237-2618 | Fastsigns #359 San Antonio<br>2897 N.E. Loop 410, Ste. 101<br>San Antonio, TX 78218-1534 | Fastsigns 512<br>799 US Highway 287, Ste. F<br>Broomfield, CO 80020-0201 |
| Fastsigns 52<br>3461 E Speedway Blvd<br>Tucson, AZ 85716-3937 | Fedex Corporation<br>PO Box 660481<br>Dallas, TX 75266-0481 | Ferro Industries<br>35200 Union Lake Rd.<br>Harrison Twp, MI 48045-6100 |
| (p)FIRST CITIZENS BANK AND TRUST COMPANY<br>10201 CENTURION PARKWAY N STE 100<br>JACKSONVILLE FL 32256-4114 | Fisher & Philips, LLP<br>910 Louisiana St, Ste 4000<br>Houston, TX 77002-4904 | Fisher & Phillips LLP<br>1200 Abernathy Road, Ste. 950<br>Atlanta, GA 30328-5674 |
| Flex Erect<br>6417 Toledo St.<br>Houston, TX 77008-6226 | Fluoresco Services LLC<br>5505 S. Nogales Highway<br>Tucson, AZ 85706-3300 | Ford Signs, Inc.<br>1605 Ord Way<br>Oceanside, CA 92056-3599 |

| | | |
|---|---|---|
| Fred Haas Toyota World<br>20400 I-45 North<br>Spring, Texas 77373 | Fred Haas Toyota Worls<br>20400 I-45 North<br>Spring, Texas 77373 | Freight Compass<br>PO Box 8458<br>The Woodlands, TX 77387-8458 |
| G2G Lighting<br>1829 Underwood Blvd, Unit 5<br>Delran Twpm, NJ 08075-1241 | GPAC LLC<br>Davenport Evans Law Firm<br>Attn: Mitch Peterson<br>206 West 14th Street<br>Sioux Falls, SD 57104-6858 | GPAC, LLC<br>5900 S Doral Ave, Ste 103<br>Sioux Falls, SD 57108-6462 |
| Gabby's Crane And Rigging<br>PO Box 3322<br>Conroe, TX 77305-3322 | Gemini Incorporated<br>103 Mensing Way<br>Canyon Falls, MN 55009-1185 | Gordon & Rees<br>1111 Broadway, Ste. 1700<br>Oakland, CA 94607-4023 |
| Gordon & Rees Attn: Brad Bleichner<br>100 Pringle Avenue, Suite 300<br>Walnut Creek, CA 94596-3580 | Graphic Solutions Group<br>PO Box 671261<br>Dallas, TX 75267-1261 | Graphic Solutions Group, Inc.<br>4601 Spring Valley Road<br>Dallas, Texas 75244-3902 |
| Graybar<br>PO Box 840458<br>Dallas, TX 75284-0458 | Greenback Cost Recovery<br>PO Box 22656<br>Houston, TX 77227-2656 | Gregg Hollenberg<br>c/o Jackson Walker LLP<br>Attn: Bruce J. Ruzinsky<br>1401 McKinney St., Suite 1900<br>Houston, TX 77010-1900 |
| Grimco<br>29538 Network Place<br>Chicago, IL 77227 | Haginas & Shillings<br>7111 Glen Chase Ct<br>Houston, TX 77095-2852 | Hardscape Inc.<br>14611 Ormond Ct.<br>Houston, TX 77095-3481 |
| Heights Paint<br>871 Dillard Street<br>Houston, TX 77091-2301 | Hilti, Inc.<br>PO Box 650756<br>Dallas, TX 75265-0756 | Hiretech<br>PO Box 650756<br>Dallas, TX 75265-0756 |
| Houston Business Journal<br>PO Box 844755<br>Dallas, TX 75284-4755 | Houston Community College System<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston, TX 77253-3064 | Houston ISD<br>c/o Jeannie L. Andresen<br>Linebarger Goggan Blair & Sampson LLP<br>PO Box 3064<br>Houston,TX 77253-3064 |
| Houston Water Jet<br>PO Box 4356, Dept 629<br>Houston, TX 77210-4356 | Innovative ERP Inc.<br>#2 4718 1st Street SW<br>Calgary, Alberta<br>Canada T2G OA2 | Insperity<br>19001 Crescent Springs Dr.<br>Kingwood, TX 77339-3802 |
| Intellect - Interneer Inc.<br>6100 Center Dr., Suite 150<br>Los Angeles, CA 90045-9215 | Interneer, Inc. dba Intellect<br>6100 Center Drive Suite 1130<br>Los Angeles, CA 90045-9201 | Interstate Signways<br>7415 Lindsey Road<br>Little Rock, AR 72206-3829 |

| | | |
|---|---|---|
| James Fulop<br>7966 Dawnridge Dr<br>Houston, TX 77071-2503 | Jason Berry<br>Earth Works Unlimited, LLC<br>2720 S Saddlebrook Lane<br>Katy, TX 77494-6815 | Jose Salazar<br>7334 Saddle Tree Dr.<br>Spring, TX 77379-1596 |
| Joyce & McFarland LLP<br>712 Main Street, Ste 1500<br>Houston, TX 77002-3207 | Kacal's Auto & Truck Service<br>PO Box 14527<br>Houston, TX 77221-4527 | Kaeser Compressors, Inc<br>1625 Crestent Circle Ste 215<br>Carrikktin, TX 75006-3679 |
| Kronberg's Flags and Flagpoles<br>7106 Mapleridge St<br>Houston, TX 77081-6692 | Lakey Electric<br>PO Box 40279<br>Houston, TX 77240-0279 | Laramie Crane LLC<br>PO Box 1515<br>La Porte, TX 77572-1515 |
| Legacy Electric LLC<br>12895 Josey Ln, Ste 124 #1177<br>Dallas, TX 75234-8300 | Liberty Signs Inc<br>7200 IH 35 Bldg 1<br>Georgetown, TX 78626-1866 | Lincoln Sign Co<br>916 Springdale Dr<br>Exton, PA 19341-2805 |
| Local Gov't Purchasing Co-Op<br>PO Box 975110<br>Dallas, TX 75397-5110 | MK Products<br>16882 Armstrong Ave<br>Irvine, CA 92606-4975 | Marketing Refresh<br>20110 Cascading Falls Blvd<br>Cypress, TX 77433-5150 |
| Max Access, LLC<br>2211 Norfolk St Ste 510<br>Houston, TX 77098-4048 | Media Resources<br>3542 Pineville-Rock Hill<br>SC Hwy 51<br>Fort Mill, SC 29715 | Memorial Hermann Health Services<br>c/o Joshua Mermis<br>1301 McKinney, Suite 3120<br>Houston, TX 77010-3112 |
| Morrison Architectural Sign Co Inc<br>3108 Garden Brook Dr<br>Dallas, TX 75234-2307 | Mossman Kumar & Tyler PC<br>PO Box 421239<br>Houstonm TX 77242-1239 | National Signs Real Estate<br>2001 Kirby Dr Ste 1300<br>Houston, TX 77019-6044 |
| National Signs Real Estate, LP<br>2001 Kirby<br>Suite 1300<br>Houston TX 77019-6044 | Nationwide Trailers LLC<br>8410 North Freeway<br>Houston, TX 77037-2808 | North Texas Crane Services Inc<br>1120 Texas St Bldg A<br>Lewisville, TX 75057-4833 |
| Northern Safety & Industrial<br>PO Box 4250<br>Utica, NY 13504-4250 | Norton Rose Fulbright<br>1301 McKinney Ste 5100<br>Houston, TX 77010-3095 | Ogletree, Deakins, Nash, Smoak & Stewart<br>PO Box 89<br>Columbia, SC 29202-0089 |
| Pagel, Davis & Hill PC<br>Wedge International Tower<br>1415 Louisiana St 22nd Floor<br>Houston, TX 77002-7344 | Park Place Sign<br>2019 30th St<br>Hannibal, MO 63401-5706 | Perspective 1<br>19510 Holly Lane<br>Lutz, FL 33558-5054 |

Piedmont Plastics  
PO Box 845649  
Los Angeles, CA 90084-5649

Piros Signs, Inc  
1818 Old State Rd M  
Barnhart Mo 63012-1213

Practical Engineering Solutions  
124 Heymann Blvd Ste 201  
Lafayette, LA 70503-2363

Prestige Junk Removal & Hauling  
18911 Hardy Oak Blvd Ste 177  
San Antonio, TX 78258-4968

Principal Lighting Grop LLC  
3490 Venture Dr  
San Angelo, TX 76905-8534

(p)PRO PAINTERS  
ATTN MEHDI SHEKARI  
7600 W TIDWELL  
STE 820  
HOUSTON TX 77040-5714

Professional Welding Supply  
3000 Brittmoore Rd, Bldg B  
Houston, TX 77043-1021

Prominox USA  
4200 N Sam Houston Pkwy W Ste 500  
Houston, TX 77086-1469

Pure Health Solutions  
PO Box 5066  
Hartford, CT 06102-5066

Pusher Signs  
1612 W 7th Ave  
Corsicana TX 75110-4902

Pusher Signs & Lighting  
6173 S. Interstate Highway 45E  
Corsicana, TX 75109-3607

Reece Supply  
2606 Bell St  
Houston, TX 77003-4598

Regal Plastics  
9200 N Royal Ln, Ste 100  
Irving, TX 75063-2468

Reliance Metalcenter  
PO Box 843525  
Dallas, Tx 75284-3525

Ring Central, Inc  
PO Box 734232  
Dallas, TX 75373-4232

Robert F Gilbert Law  
10100 Kleckley #15B  
Houston, TX 77075-3418

Robert Half  
PO Box 743295  
Los Angeles, CA 90074-3295

Roto-Rooter Plumbing  
3403 N Sam Houston Prkwy W #400  
Houston, TX 77086-1492

Rushold Enterprises  
35635 Valley View Terrace  
Windsor, CO 80550-2819

STI Graphics  
1225 Alma St C  
Tomball, TX 77375-4793

Safelite Autoglass  
3900 Claymore Park Dr Ste 130  
Houston TX 77043-1183

Samuel Son & Co., Inc  
Lock Box 935254  
PO Box 935254  
Atlanta, GA 31193-5254

Schlosser  
3506 Draft Horse Ct  
Loveland, CO 80538

Sepco-Solarlighting  
1521 SE Palm Ct  
Stuart, FL 34994-4914

Sign Doctor, Inc  
2522 E Norman Circle  
Orange, TX 77630-8715

Sign Faces  
PO Box 1963  
Pelham, AL 35124-5963

Sign Man  
4550 Mint Way  
Dallas, TX 75236-2014

Sign Pro  
2112 E WM J Bryan Pkwy  
Bryan, TX 77802-1730

Sign Reflections  
840 County Road 750  
Athens, TN 37303-6235

Signs Manufacturing & Maintenance Corp  
c/o Courtney Watson  
4610 Mint Way  
Dallas, TX 75236-2016

| | | |
|---|---|---|
| South Texas Neon Signs<br>317 Masterson Rd<br>Loredo, TX 78046-8476 | Southeast Sign Co.<br>5375 N Hiatus Rd<br>Sunrise, FL 33351-8718 | Stallion Signs<br>3432 Copeland Dr<br>San Antonio, TX 78219-2404 |
| Stanley Convergent Security Solutions, I<br>4606 W. Howard Ln, Ste 110<br>Austin, TX 78728 | Staples<br>PO Box 105638<br>Atlanta, GA 30348-5638 | Sudduth Search<br>1540 Alexander St<br>Houston, TX 77008-3850 |
| Sunbelt Rentals<br>PO Box 409211<br>Atlanta, GA 30384-9211 | Sunbelt Rentals Inc.<br>1275 W. Mound St.<br>Columbus, OH 43223-2213 | Superior Neon Signs, Inc<br>3626 N Oklahoma St<br>Oklahoma City, OK 73105 |
| Supreme Sign Services<br>5925 New Bethany Rd, Ste D<br>Buford, GA 30518-1400 | T-Rex Services<br>PO Box 4458<br>Houston, TX 77210-4458 | TNT Crane & Rigging<br>PO Box 847561<br>Dallas, TX 75284-7561 |
| TSM Digital Printing<br>19887 FM 2252<br>Garden Ridge, TX 78266-2605 | Talley Sign Company<br>1908 Chamberlayne Ave<br>Richmond, VA 23222-4812 | Texas Mutual Insurance Company<br>2200 Aldrich Street<br>Austin, TX 78723-3473 |
| Texas ReExcavation<br>5114 Railroad Street<br>Deer Park, Texas 77536-2409 | Tomball Stone & Graphics<br>7409 Breen Rd<br>Houston, TX 77086-3634 | Total Quality Logistics<br>PO Box 634558<br>Cincinnati, OH 45263-4558 |
| Travelers Insurance<br>PO Box 660317<br>Dallas, TX 75266-0317 | TruBlu HR Solutions, LLC<br>350 Nursery Rd, Ste 2101<br>Spring, TX 77380-4071 | Tube-Tec Bending<br>2906 Holmes Rd<br>Houston, TX 77051-1026 |
| Tulcan Management, LLC<br>2001 Kirby Dr<br>Suite 1300<br>Houston, TX 77019-6044 | Tyler Sign Masters, Inc<br>117 E Front St<br>Tyler, TX 75702-8121 | UL, LLC<br>75 Remittance Dr, Ste 1524<br>Chicago, IL 60675-1524 |
| US Trustee<br>Office of the US Trustee<br>515 Rusk Ave<br>Ste 3516<br>Houston, TX 77002-2604 | Uline<br>PO Box 88741<br>12575 Uline Dr<br>Pleasant Prairie, WI 53158-3686 | Unifirst First Aid & Safety<br>3499 Rider Trail South<br>Earth City, MO 63045-1110 |
| United Masonry<br>PO Box 106<br>Rockdale, TX 76567-0106 | United Rentals North America, Inc<br>PO Box 840514<br>Dallas, TX 75284-0514 | (p)UPRITE SERVICES LLC<br>16441 SPACE CENTER BLVD STE B-1<br>HOUSTON TX 77058-2015 |

| | | |
|---|---|---|
| WS Finishing Corp<br>4138 Shilling Way<br>Dallas, TX 75237-1025 | Wales Crane & Rigging<br>222006 Bush Drive<br>Waco, TX 76702 | Walter P Moore<br>PO Box 843127<br>Dallas, TX 75284-3127 |
| Watchfire Signs, LLC<br>1015 Maple St<br>Danville, IL 61832-3200 | Willcox Metal<br>10903 Gabriel's Place<br>San Antonio, TX 78217-3818 | Williams Sign Company Inc.<br>821 Vance Ave<br>Memphis, TN 38126-2908 |
| World Wide Sign Systems Inc<br>PO Box 446 N Cecil Street<br>Bonduel, WI 54107-0446 | ZNG Inc.<br>3403 Meadow Creek Ln.<br>Sachse, TX 75048-4159 | Zoom<br>PO Box 888843<br>Los Angeles CA 90088-8843 |
| Matthew Dennis Giadrosich<br>Padfield & Stout, LLP<br>100 Throckmorton Street<br>Suite 700<br>Fort Worth<br>Fort Worth, TX 76102-2837 | Randy W Williams<br>Byman & Associates PLLC<br>7924 Broadway<br>Suite 104<br>Pearland, TX 77581-7933 | Richard L Fuqua II<br>Fuqua & Associates, PC<br>8558 Katy Freeway<br>Suite 119<br>Houston, TX 77024-1809 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| Harris County, ATTN: Property Tax Division<br>Harris County Attorney's Office<br>P.O. Box 2848<br>Houston, TX 77252-2928 United States | First Citizens Bank & Trust Company<br>Attn Recovery 10201 Centurion Pkwy N<br>Jacksonville, FL 32256 | (d)Harris County, et al<br>P.O. Box 2848<br>Houston, TX 77252 |
| Pro Painters<br>7600 W Tidwell Ste 820<br>Houston, TX 77040 | Uprite Services, LLC<br>16441 Space Center Blvd<br>Ste. B-100<br>Houston, TX 77058 | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Consolidated Crane & Rigging, LLC | (u)Earth Works Unlimited, LLC | (u)Interneer, Inc. dba Intellect |
| (d)Gregg Hollenberg<br>c/o Jackson Walker LLP<br>Attn: Bruce J. Ruzinsky<br>1401 McKinney Street, Suite 1900<br>Houston, TX 77010-1900 | End of Label Matrix<br>Mailable recipients   221<br>Bypassed recipients     4<br>Total                  225 | |